Scott and Benita Hanover
Po Box 988
Capitola, CA 95010
831-539-3757
hanoverfam@gmail.com

In Pro Se/Debtor in Possession

FILED
JUL 16 2026
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| SCOTT AND BENITA HANOVER | ) Case No.: 25-51598 |
|        Debtors | ) **DEBTORS' APPLICATION TO CLERK FOR ENTRY OF DEFAULT AGAINST ATTORNEY AARON LIPTON** |
| vs. | ) |
| AARON LIPTON | ) |
|        Respondent | ) Judge: Hon. Stephen L. Johnson |
| | ) |

**APPLICATION FOR ENTRY OF DEFAULT**

To the Clerk of the United States Bankruptcy Court:
The Debtors, Scott Hanover and Benita Hanover, appearing pro se, hereby request the Clerk of this Court to enter the default of Respondent Counsel, Aaron Lipton ("Fiduciary"), pursuant to Federal Rule of Bankruptcy Procedure 7055 and Bankruptcy Local Rule 7055-1.

This request is based upon the failure of the Fiduciary to file an answer, responsive pleading, or otherwise object to the Debtors' Motion for Sanctions and Fee Disgorgement (Docket Entry 45) within the strict statutory period established by law.

1. On June 24, 2026, the Debtors formally filed and served their conformed Motion for Sanctions and Fee Disgorgement against Aaron Lipton.
2. The conformed Amended Certificate of Service confirms the Fiduciary was properly and legally served via United States Postal Service First-Class Mail and via electronic transmission at his recorded office address.
3. Pursuant to Bankruptcy Local Rule 9014-1, the strict public deadline for the Fiduciary to file a written Opposition or Answer onto the register expired on Wednesday, July 15, 2026, at 5:00 PM.

APPLICATION FOR ENTRY OF DEFAULT (ATTORNEY AARON LIPTON) - 1 -

4. As documented by the live electronic docket registry of this Court, the Fiduciary has failed to upload any responsive text, enter an appearance, or request an authorized extension of time, and the period for response stands completely expired.

Dated: July 16, 2026 Respectfully submitted,

_____

SCOTT HANOVER, Pro Se

_____

BENITA HANOVER, Pro Se

**AFFIDAVIT IN SUPPORT OF ENTRY OF DEFAULT AND NON-MILITARY SERVICE**

I, Scott Hanover, declare under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

1. I am one of the pro se Debtors in the above-captioned matter and possess first-person personal knowledge of the files and registry logs.
2. The Motion for Sanctions and Fee Disgorgement against Aaron Lipton was formally docketed on June 24, 2026, as Docket Entry 45.
3. The Fiduciary was legally served with the moving papers via first-class mail in strict compliance with Federal Rule of Bankruptcy Procedure 7004(b)(1).
4. The time allowed by federal and local rules for the Fiduciary to respond to the Motion has fully elapsed. No answer, motion, or opposition has been served upon the Debtors or filed on the live registry lines.
5. I have verified that Respondent Aaron Lipton is a licensed attorney of record operating a private solo practice. I explicitly certify that the Respondent is not an infant, an incompetent person, or an active-duty member of the United States Armed Forces entitled to procedural stays under the Servicemembers Civil Relief Act [50 U.S.C. Section 3931].
6. The Fiduciary's total billable actual damage payload stands flatly conformed at twenty-three thousand six hundred forty four dollars and ninety-two cents ($23,644.92), plus immediate flat fee disgorgement of two thousand five hundred dollars ($2,500.00), for an exact track total of twenty-six thousand one hundred forty four dollars and ninety-two cents ($26,144.92) due directly to his 5.5 months of continuous case paralysis.

Executed on July 16, 2026, at Capitola, California.

_____

SCOTT HANOVER, Pro Se

**VERIFICATION OF BENITA HANOVER**

I, Benita Hanover, declare under penalty of perjury under the laws of the United States that I have read the foregoing Declaration of Scott Hanover, know the contents thereof, and verify that the facts stated therein are true and correct.

Executed on July 16, 2026, at Capitola, California

BENITA HANOVER, Declarant_____