Scott and Benita Hanover
Po Box 988
Capitola, CA 95010
831-539-3757
hanoverfam@gmail.com

In Pro Se/Debtor in Possession

FILED
JUL 16 2026
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| SCOTT AND BENITA HANOVER | ) Case No.: 25-51598 |
| Debtors | ) **DEBTORS' SUPPLEMENTAL DAMAGES** |
| | ) **STATEMENT AGAINST ATTORNEY** |
| vs. | ) **AARON LIPTON** |
| AARON LIPTON | ) |
| | ) |
| Respondent | ) Judge: Hon. Stephen L. Johnson |
| | ) |

1. **Lost cash liquidity: $5859.33.** See our mortgage statement showing our current balance owed, print outs showing our condominiums value, and FRED federal funds effective rate. ($319,600 x 0.04 x [5.5/12]) = $5859.33 attached herein as **exhibit F.**
2. **Carrying/Holding Costs: $8784.51.** See copies of our property tax bill ($693.83), hoa bill, ($630.00), and condo Insurance policy ($165.07) all multiplied by 5.9 months attached herein as **exhibit G.**
3. **Attorney fee flat disgorgement: $2,500.** See proof of payment to Respondent, and an email Respondent sent advising he would be willing to refund our $2,500 attached herein as **exhibit H.**
4. **Transit and moving expense: $5,016.20.** See moving bill from G Bros and a copy of our lease agreement in Irvine, CA attached herein as **exhibit I.**
5. **Property tenant placement fee: $1,925.** See copy of payment to management company for locating a rental tenant attached herein as **exhibit J.**
6. **Debtor Benita Hanover's lost time from work of 32 hours: $1492.31.** See Debtor Benita's pay stub which shows how much she earns, and the total number of paid time off hours she has taken attached herein as **exhibit K.**
7. **State court filing fee: $467.57.** See proof of ATM payment attached herein as **exhibit L.**

Case: 25-51598    Doc# 58    Filed: 07/16/26    Entered: 07/16/26 09:26:40    Page 1 of 63

8. **Sheriff service process fees: $100.00.** See copies of proof of payment to the sheriff and paperwork explaining their attempts to serve Mr. Schuler attached herein as **exhibit M.**

**Total Damages: $26,144.92**

We also ask the court to consider punitive damages to be paid to Debtors. The Respondents docket manipulation, back dated signature page, and lying under oath to this court in his ex parte motion to be removed as counsel are repugnant. Respondent forced Debtors to convert condominium to a rental property due to his unwillingness to remove the lien, when Debtors intended all along to sell the asset and cash in the proceeds once their chapter 7 bankruptcy finalized. Respondents midnight email is also very concerning as he is asking for Debtors permission to remove a hearing he had already removed, not even seeking the courts permission first.

Benita Hanon 7/16/26
Declarant

Case: 25-51598    Doc# 58    Filed: 07/16/26    Entered: 07/16/26 09:26:40    Page 2 of 63

**EXHIBIT F:**

1. Condominium's mortgage statement.
2. Internet printouts showing our condominium's value.
3. FRED Federal Funds rate.

# ○ Rocket Mortgage

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO Box 818060 | 5801 Postal Road | Cleveland, OH 44181



**Informational statement**

2679   T12 P2   AUTO   362623.16-NNNNNN-32371029

BENITA C HANOVER
PO BOX 988
CAPITOLA, CA 95010

**Loan number**
0748321767

**Property address**
1132 CALLAS LN
APT 2
CAPITOLA, CA 95010

**Statement date**
06/08/2026

**Total payment amount**
$2,743.40

**Payment date**
07/01/2026

## Important messages

Our records indicate that the loan is associated with an active bankruptcy case or the personal liability for the mortgage may have been discharged in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you. If you want to stop receiving these statements, please contact us in writing at the address on the following page.

## Account information

| | |
|---|---|
| Interest bearing principal balance: | $436,186.44 |
| Interest rate | 2.875% |
| Escrow balance: | $3,469.15 |

The principal balance does not represent the payoff amount of your account and is not to be used for payoff purposes.

### Payment history (05/12/2026 - 06/08/2026)

**Last paid**

| | |
|---|---|
| Principal: | $1,002.14 |
| Interest: | $1,047.43 |
| Escrow (taxes & insurance): | $693.83 |
| Advances on your behalf: | $0.00 |
| Fees: | $0.00 |
| Partial payment (unapplied): | $2,743.40 |
| **Total paid:** | **$5,486.80** |

**Paid year to date**

| | |
|---|---|
| Principal: | $5,977.71 |
| Interest: | $6,320.41 |
| Escrow (taxes & insurance): | $4,645.35 |
| Advances on your behalf: | $0.00 |
| Fees: | $0.00 |
| Partial payment (unapplied): | $16,943.47 |
| **Total paid year to date:** | **$33,886.94** |

**Escrow disbursements on your behalf**

| | |
|---|---|
| Taxes paid: | $4,162.96 |
| Insurance paid: | $0.00 |
| Mortgage insurance (PMI/MIP) paid: | $0.00 |
| **Total paid year to date:** | **$4,162.96** |

## Explanation of total payment amount

| | |
|---|---|
| Principal: | $1,004.54 |
| Interest: | $1,045.03 |
| Escrow (taxes & insurance): | $693.83 |
| Payment supplement amount: | $0.00 |
| **Regular monthly payment:** | **$2,743.40** |
| Fees: | |
|    Late Fees: | $0.00 |
|    Other Fees: | $0.00 |
| Past unpaid amount: | $0.00 |
| Partial payment (unapplied): | $0.00 |
| **Subtotal:** | **$0.00** |
| Total payment amount: | $2,743.40 |

**Total payment amount:**     **$2,743.40**
Statement date:     07/01/2026





1 of 22

💜 **Off market**

🏠 Zestimate®

# $754,600

🛏 **3 beds** 🛁 **2 baths** 📐 **1,134 sqft**

1132 Callas Ln APT 2, Capitola, CA 95010

| Claim home | Get a cash offer |
| --- | --- |
| | in just 3 mins, no obligation |



## 1132 Callas Ln #2

# $710K – $860K

**+$182K** since sold    **+2.3%** since June

## Request consultation

Sell your home confidently with a local market expert in Capitola.



Edit facts



Edit photos

•••

More tools

# Redfin Estimate®

Your Redfin Estimate is a starting point, powered by up-to-date market data.

# $747,042

↑**$182K** since purchased in May 2019

Case: 25-51598    Doc# 58    Filed: 07/16/26    Entered: 07/16/26 09:26:40    Page 6 of 63



# 1132 Callas Ln #2

Capitola, CA 95010

## $754,600

Trulia Estimate ⓘ

as of Jul 12, 2026

🛏 3 Beds

🛁 1.5 Baths

◣ 1,134 sqft

Est. Refi. Payment

$4,555/mo*

Case: 25-51598   Doc# 58   Filed: 07/16/26   Entered: 07/16/26 09:26:40   Page 7 of 63

**FRED** 〽 — **Federal Funds Effective Rate**



Source: Board of Governors of the Federal Reserve Sys...

*Shaded areas indicate U.S. recessions.*

Fullscreen ⟦ ⟧

Share Graph ↪

Account 👤 ⌃

   

Case: 25-51598    Doc# 58    Filed: 07/16/26    Entered: 07/16/26 09:26:40    Page 8 of 63

**EXHIBIT G:**

1. Property tax bill for the condominium.
2. Capitola Knolls Homeowner's Association monthly bill for the condominium.
3. Condominium's monthly insurance policy.



# SANTA CRUZ COUNTY
## 2025-2026 NOTICE OF TAX BILL
For Fiscal Year beginning July 1, 2025 and ending June 30, 2026

www.santacruzcountyca.gov/Departments/TaxCollector.aspx

## IMPORTANT MESSAGES

  

Electronic Check | VISA | MasterCard | AMERICAN EXPRESS | DISCOVER NETWORK

Visit our website **www.santacruzcountyca.gov/Departments/TaxCollector.aspx** to pay your bill.
The payment service provider charges a fee for credit and debit card transactions.
NO FEE FOR E-CHECK.

anta Cruz County Tax Collector     (831)454-2510
O Box 5639
anta Cruz, CA 95063

***** SCH 5-DIGIT 95010
03652214 2652 T11-P1

HANOVER SCOTT A & BENITA C
PO BOX 988
CAPITOLA, CA 95010-0988

**Retain this statement for your records**

## PROPERTY INFORMATION

ADDRESS OR DESCRIPTION OF PROPERTY

1132 CALLAS LN 2 CAPITOLA

| PARCEL NUMBER | BILL NUMBER | TAX RATE AREA |
|---|---|---|
| 03652214 | 2507080 | 03-106 |

## VALUES & EXEMPTIONS

| | |
|---|---|
| AND | $378,161 |
| MPROVEMENTS | $252,107 |
| OTAL VALUE | $630,268 |
| ESS EXEMPTION | |
| Homeowner's | $7,000 |
| OTAL TAXABLE VALUE | $623,268 |

## PHONE NUMBERS

| AYMENTS | PROPERTY VALUES |
|---|---|
| 831) 454-2510 | (831) 454-2270 |
| AX RATE | HOMEOWNER'S EXEMPTION |
| 831) 454-2009 | (831) 454-2449 |

## TAX DISTRIBUTION BY AGENCY

| BASIC PROPERTY TAXES | RATE | AMOUNT |
|---|---|---|
| GENERAL TAX RATE | 1.000000000% | $6,232.68 |
| 2013 REF 2002A SOQUEL ELEM SCHOOL DISTRICT BON | .01086800% | $67.74 |
| 2017 SOQUEL ELEM SCHOOL DISTRICT BOND | .01840400% | $114.68 |
| 2022 REF 2017A SOQUEL ELEM SCHOOL DISTRICT BON | .00436800% | $27.22 |
| 2024 SOQUEL ELEM SCHOOL DISTRICT BOND | .02609400% | $162.64 |
| 2022 SANTA CRUZ HIGH SCHOOL DISTRICT BOND | .02799700% | $174.50 |
| 2013 REF 2005 SANTA CRUZ HIGH SCHOOL DISTRICT E | .00813700% | $50.72 |
| 2016 SANTA CRUZ HIGH SCHOOL DISTRICT BOND | .02069200% | $128.94 |
| 2019 REFUNDING 98/04 A&B CABRILLO BONDS | .01899700% | $118.34 |
| TOTAL BASIC PROPERTY TAXES | 1.13555700% | $7,077.46 |
| (adjusted for rounding) | | |

| OTHER CHARGES | |
|---|---|
| NO. COUNTY MOSQUITO & DISEASE ASSESSMENT | $9.56 |
| CFD NO. 2016-1 LIBRARY FACILITIES | $49.50 |
| MEASURE Q PARCEL TAX | $87.00 |
| SANTA CRUZ CO SANITATION DISTRICT | $992.40 |
| SC CITY HIGH SCH DIST PARCEL TAX MEASURE T | $110.00 |
| TOTAL OTHER CHARGES | $1,248.46 |
| **TOTAL TAXES** | **$8,325.92** |

## NOTICE - A MORTGAGE COMPANY REQUESTED YOUR TAX BILL

A mortgage company (NATIONSTAR MTG LLC DBA MR.COOPER) has requested your property tax bill. This usually occurs when your monthly loan payment includes property tax amounts. If you feel this is not correct, call (831) 454-2510. If the taxes are not paid prior to the December 10 or April 10 delinquency dates, you will be responsible for penalties and cost.

The above information is provided for your records. It reflects the amount of taxes billed for the current fiscal year. Please note SUPPLEMENTAL BILLS, reflecting change of values because of new ownership or new construction, ARE NOT NORMALLY PAID BY YOUR MORTGAGE COMPANY. They are amounts due in addition to the taxes shown on this statement. In summary:

- A MORTGAGE COMPANY REQUESTED YOUR TAX BILL. IF YOUR MORTGAGE COMPANY DOES NOT PAY YOUR PROPERTY TAXES, OR YOU HAVE CHANGED MORTGAGE COMPANIES, CONTACT OUR OFFICE AT (831) 454-2510.
- SUPPLEMENTAL BILLS, REFLECTING CHANGE OF VALUES BECAUSE OF NEW OWNERSHIP OR CONSTRUCTION, ARE NOT NORMALLY PAID BY YOUR MORTGAGE COMPANY. THEY ARE AMOUNTS DUE IN ADDITION TO THE TAXES SHOWN ON THIS STATEMENT.
- ADDITIONAL DUE BILLS (E.G. ESCAPES) OR ANNUAL NEW OWNER BILLS ARE NOT SENT TO YOUR MORTGAGE COMPANY. YOU WILL NEED TO CONTACT THEM TO CONFIRM PAYMENT OF THESE BILLS.

From: Scott Hanover hanoverfam@gmail.com
Subject: Print HOA statement.
Date: Jul 11, 2026 at 8:32:15 PM
To: Benita Hanover hanoverfam@gmail.com

**DIRECT ALL QUESTIONS TO**

**Capitola Knolls HOA C/O King Management**
2425 Porter Street, Suite 15
Soquel, CA 95073

**STATEMENT AS OF JUNE 19, 2026**

(831) 475-9100

www.kingmanagement.net

Please address billing disputes and written inquiries to Capitola Knolls HOA C/O King Management. 2425 Porter Street, Suite 15, Soquel, CA 95073. For other questions, call (831) 475-9100

**STATEMENT FOR**

**Benita Hanover, Scott Hanover**
P.O. Box 988
Capitola, CA 95010

As a reminder, if you have enrolled in the ACH program with us, we will deduct the amount due between the 9th and the 12th of the month the assessment is due.

**TOTAL AMOUNT DUE**

Please pay this amount by **7/15/2026**

**$630.00**

PAY THIS BILL ONLINE AT
https://kmgmt.appfolio.com/connect

**UNIT ADDRESS**

1132 Callas Lane #2
Capitola, CA 95010

| DATE | DESCRIPTION | TIME PERIOD | AMOUNT | BALANCE |
|------|-------------|-------------|--------|---------|
| **CURRENT & UPCOMING CHARGES** | | | | |
| 01 **JUL** | ASSESSMENTS | JULY 2026 | **$630.00** | **$630.00** |

Please detach this portion and mail it with your payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**PAYMENT DETAILS**

**Benita Hanover, Scott Hanover**
Account # **114032C2**

**MAKE CHECKS PAYABLE TO**

Capitola Knolls Homeowners Association
Association ID **00000114**

**TOTAL AMOUNT DUE**

Please pay this amount by **7/15/2026**

**$630.00**

PAY THIS BILL ONLINE AT
https://kmgmt.appfolio.com/connect

**MAIL PAYMENT TO**

Capitola Knolls HOA C/O King Management - 3165
c/o King Management
P.O. Box 51598

Case: 25-51598   Doc# 58   Filed: 07/16/26   Entered: 07/16/26 09:26:40   Page 11 of 63

# Renewal Homeowners Insurance Declarations


**MERCURY INSURANCE**

To report a claim please call: **(800) 503-3724**

**Named Insured(s):  BENITA HANOVER, SCOTT HANOVER**

| Mailing Address: | Agent: |
|---|---|
| BENITA HANOVER<br>PO BOX 988<br>CAPITOLA, CA 95010-0988 | HARDY, DONALD R. INS AGCY# - 044247<br>P O BOX 308<br>CAPITOLA, CA 95010<br>Phone: (831) 475-4314 |

## POLICY INFORMATION

| | | | |
|---|---|---|---|
| Policy Number: | CAHP0001219157 | Policy Effective Date*: | 04/10/2026 at 12:01 A.M. |
| Company Name: | California Automobile Insurance Company | Policy Expiration Date*: | 04/10/2027 at 12:01 A.M. |

*Standard time at the address of the property location below

| | |
|---|---|
| **Total Policy Premium:** | **$1,980.76** |

## PROPERTY LOCATION

| | Paid By | Policy Type | Year Built | Square Footage | Construction | |
|---|---|---|---|---|---|---|
| 1132 CALLAS LN<br>APT 2<br>CAPITOLA, CA 95010-2428 | Insured | HO6 | 1977 | N/A | Stucco on Frame | |
| | **Foundation** | **Roof Type** | **Number of Stories** | **Number of Baths** | **Pool/ Spa** | **Household Count** |
| | N/A | Asphalt or Fibergla ss Composite | 1 | N/A | No | N/A |

## MORTGAGEE INFORMATION

| Number | Mortgagee Name | Address | City, State, Zip | Loan Number | Billed |
|---|---|---|---|---|---|
| First | NATIONSTAR MORTGAGE LLC<br>ITS SUCCESSORS AND/OR ASSIGNS | PO Box 7729 | Springfield, OH, 45501-7729 | 748321767 | No |

## ADDITIONAL INSURED INFORMATION

| Name | Address | City, State, ZIP |
|---|---|---|
| | | |

## ADDITIONAL INTEREST INFORMATION

| Name | Address | City, State, ZIP |
|---|---|---|
| | | |

**Section I Deductibles:**

| | |
|---|---|
| All Other Perils: | $1,000 |

| Section I Coverages | Limit of Liability | Section II Coverages | Limit of Liability |
|---|---|---|---|
| A. Dwelling | $200,000 | E. Personal Liability | |
| C. Personal Property | $100,000 | Each Occurrence | $1,000,000 |

Case: 25-51598    Doc# 58    Filed: 07/16/26    Entered: 07/16/26 09:26:40    Page 12 of<br>63

# Renewal Homeowners Insurance Declarations


**MERCURY INSURANCE**

| Section I Coverages | Limit of Liability | Section II Coverages | Limit of Liability |
|---|---|---|---|
| D. Loss Of Use | $60,000 | F. Medical Payments | |
| | | Each Person | $5,000 |
| | | **Basic Coverage Premium:** | **$1,920.00** |

If more than one property is insured under this policy,
Section I and Section II coverages of each location may not be added together in the event of a loss.

| ADDITIONAL / OPTIONAL COVERAGES | | Limit of Liability | Premium |
|---|---|---|---|
| Personal Injury | | | $25.00 |
| Water Backup and Sump Discharge or Overflow | | $15,000 | Included* |
| Personal Property Replacement Cost | | | Included* |
| Credit Card, EFT Card, Forgery, Etc | | $1,000 | Included* |
| Business Property Increased Limits On Premises/Off Premises | | $5,000 / $1,500 | Included* |
| Loss Assessment Coverage - Residence Premises | | $50,000 | $17.00 |
| Special Limits of Liability | | | |
| | Jewelry and Furs | $1,500 | Included* |
| | Money, Coins | $200 | Included* |
| | Securities, Stamps | $1,500 | Included* |
| | Silverware | $2,500 | Included* |
| | Firearms | $2,500 | Included* |
| | Electronic Apparatus in/upon vehicle | $1,500 | Included* |
| | Tapes, records, discs or other media in/upon vehicle | $250 | Included* |
| | Home Computers | $5,000 | Included* |
| Ordinance or Law** | | 10% of Coverage A | Included* |
| Limited Fungi, Other Microbes or Rot(Section I) | | $5,000 per policy period | Included* |
| Workers' Compensation Residence Employees | | $100,000 Each Accident $500,000 Bodily Injury by Disease | Included* |
| | Occasional Servants | | |
| Damage to Property of Others | | $1,000 | Included* |
| | | **Optional Coverage Premium:** | **$42.00** |
| | | **Seismic Safety Fee:** | **$0.12** |
| | | **Temporary Supplemental Fee^:** | **$18.64** |

# Renewal Homeowners Insurance Declarations

 **MERCURY INSURANCE**

| ADDITIONAL / OPTIONAL COVERAGES | Limit of Liability | Premium |
|---|---|---|
| **Total Policy Premium:** | | **$1,980.76** |

\* The additional cost for any additional/optional coverage shown as "Included" is contained in the Total Policy Premium amount.

\*\*Ordinance or Law coverage is also known as Building Code Upgrade coverage. Additional terms, conditions, or restrictions related to your Ordinance or Law coverage are listed on a separate enclosed disclosure form.

^Please refer to the Important Information section for an explanation of this fee, which arises from a FAIR Plan Assessment. This fee is non-refundable. The full fee amount is owed unless the policy is cancelled effective on or before the start date of the policy term.

## DISCOUNTS:

Loss Free
Homeowner Association
Water Leak Detection:     No
Fire Protection:     Fire Extinguisher     Smoke Alarm
Theft Protection:     Deadbolt
Wildfire Mitigation:     Property Level - Individual Components

## FORMS AND ENDORSEMENTS:

H0006 (09/2014) Policy Jacket for HO6
H0035 (12/2012) Loss Assessment Coverage
H0082 (02/2025) Personal Injury
H0208 (05/2010) Water Back-Up and Sump Discharge or Overflow
H0290CA (10/2018) Personal Property Replacement Cost Loss Settlement
H0999 CA (08/2022) Special Provision - California
H0656 (08/2018) Home-sharing Host Activities Amendatory Endorsement
438BFU NS (05/1942) Lender's Loss Payable
H0090CA (12/2012) Workers' Compensation Residence Employees

## IMPORTANT INFORMATION:

Date Sent: 02/13/2026

Your Homeowners Insurance expires and coverage ceases at 12:01AM on 04/10/2026. Coverage under this policy will become effective only if you pay the premium and any applicable fees, as indicated on the enclosed Renewal Bill, prior to the due date shown in the Renewal Bill.

Companies admitted to write property and casualty insurance in California are required to participate in the California FAIR Plan Association, which makes basic property insurance available to California consumers who would otherwise be unable to obtain such insurance through the normal insurance market. In the event that catastrophic losses render the FAIR Plan unable to pay operating expenses and policyholder claims because it does not have sufficient retained earnings, reinsurance, a line of credit, if available, and/or proceeds from catastrophe bonds, if sold, the FAIR Plan may request the Insurance Commissioner's approval to assess each member insurance company its fair share if necessary to pay the Plan's operating expenses and policyholder claims.

To assure stability in the California property insurance market and to assure the continued availability of property insurance in California, the FAIR Plan's member insurance companies may collect a temporary supplemental fee to recover a portion of these assessments. If this happens, 'Temporary Supplemental Fee' with an amount will be displayed on a notice, bill, or your policy declarations.

# Renewal Homeowners Insurance Declarations


**MERCURY INSURANCE**

This policy was rated with 1971 as the named insured's year of birth. Please contact your agent if this information is incorrect.

It is your responsibility to select and maintain adequate amounts of insurance on your dwelling and personal property. The coverage limits selected by you will be adjusted annually based on estimated changes in rebuilding and replacement costs, but the company does not guarantee that the coverage limits shown in these declarations will be sufficient to rebuild your dwelling or replace any other covered property. Please contact your agent if you would like to change the coverage limits in your policy.

This policy provides Ordinance or Law coverage, also known as building code upgrade coverage, for the increased costs of repairing or replacing damage to property covered under Coverage A caused by a peril insured against because of building ordinances or laws regulating the repair or replacement. Ordinance or Law coverage is provided based on the increased costs associated with building ordinances or laws in effect at the time of loss or rebuilding, up to the policy limits for this coverage. Terms, conditions, or restrictions related to your Ordinance or Law coverage are listed in your policy and on a separate enclosed disclosure form.

**This declaration supersedes any previous declaration bearing the same policy number for this policy period. This declaration provides only a summary of coverage. All coverage is subject to the terms, conditions, and exclusions of the policy contract.**

The issuance of the policy, including all renewals, is based, in material part, on information you provided on the insurance application. If any information provided on the insurance application has changed, please notify your agent or the company, as the failure to update material information may adversely impact your policy, or the coverage provided by your policy.

Premium must be paid in United States dollars, and in a form acceptable to the company. See the Payment Options page on our website for details.

**THIS POLICY DOES NOT PROVIDE COVERAGE AGAINST THE PERIL OF EARTHQUAKE.**

**EXHIBIT H:**

1. Proof of payment to Respondent Aaron Lipton for $2,000 through Zelle,
2. Proof of payment to Respondent Aaron Lipton for $500 with personal check.
3. Copy of text message received from Respondent Aaron Lipton stating he would be willing to refund our $2,500.



# You've sent $2,000.00 USD to Aaron Lipton

We'll let Aaron Lipton know you sent it.

**Tell us how this transaction went**

**Send More Money**

Go to Summary

×

# Congrats! You've got a bonus




Case: 25-51598　Doc# 58　Filed: 07/16/26　Entered: 07/16/26 09:26:40　Page 17 of 63



Benila C. Hanover
Scott A. Hanover
PO Box 968
Capitola CA 95010

11-424/1210          **4755**

DATE 9/18/25

PAY TO
THE ORDER OF   Aaron Upton                    $500—

Five Hundred                          DOLLARS

WELLS FARGO BANK, N.A.
CALIFORNIA
WELLSFARGO.COM

MEMO Deposit

Benita Hann

Case: 25-51598    Doc# 58    Filed: 07/16/26    Entered: 07/16/26 09:26:40    Page 18 of 63

Previous    Flip    Zoom    Next

Scott: I'll be moving forward as we discussed. However, if you prefer to go with a different attorney you feel comfortable with I understand and would issue a refund.

Fri, Mar 13 at 10:05 AM

Sent you an email. Please file a second motion to have the lien avoided

Tue, Mar 31 at 12:32 PM

sent you and benita updated declarations to sign

How soon do you need this?

And I'm guessing no

**EXHIBIT I:**

1. Copy of G Bros moving invoice of $5016.20 for Debtors' move from Capitola CA to Irvine CA.
2. Copy of Debtors' signed lease agreement at Somerset Apartments in Irvine CA.

**THIS IS NOT A CONTRACT**

**BASIS FOR CARRIER'S ESTIMATED COST OF SERVICES**

G BROTHERS TRANSPORTATION
PUC CAL T 0191593                     831-711-1030

NAME: Scott Hanover

PHONE NO. 831-531-3757

BILLING ADDRESS

BILLING CONTACT

MOVING FROM: 4132 Calla Lane #2 Capitola, CA     REGION ☐     DATE OF PACKING

MOVING TO: 210 Markerview Irvine, Ca 92602     REGION ☐     DATE OF MOVING: June 26 2026

SECOND PICK-UP OR DELIVERY     DELIVERY REQUESTED: June 27 2027

☐ LOCAL MOVE     ☑ LONG DISTANCE MOVE     ☐ PIECE MOVE     ☐ STORAGE     ☐ PACK     ☐ UNPACK

| SERVICE | | SR | SNR | CNK | SERVICE | | SR | SNR | CNK |
|---|---|---|---|---|---|---|---|---|---|
| Additional Helpers | (No.) | | | | SIT Monthly Storage Charge | | | | |
| Appliance Servicing | | | | | SIT Moving into Warehouse | | | | |
| Elevator At Origin | | | | | SIT Moving Out Of Warehouse | | | | |
| Elevator At Destination | | | | | SIT Warehouse Handling | | | | |
| Flights At Origin | (No.) | | | | SIT Warehouse Wrapping Of Fumigating | | | | |
| Flights At Destination | (No.) | | | | Shuttle Service At Origin | | | | |
| Hoisting Or Lowering At Origin | | | | | Shuttle Service At Destination | | | | |
| Hoisting Or Lowering At Destination | | | | | Disassembly Of Items | | | | |
| Long Carry At Origin | (No.) | | | | Assembly Of Items | | | | |
| Long Carry At Destination | (No.) | | | | Van & 1 Person | | | | |
| Split Delivery | | | | | Van & 2 Persons | | | | |
| Split Pickup | | | | | Overtime Or Premium Labor | | | | |
| Packing Material Delivery/Pickup | | | | | Expedited Service | | | | |
| Packing Material | | | | | Bulky Article(s) | (No.) | | | |
| Packing Labor | Hourly | By Unit | | | Additional Equipment Required | | | | |
| Unpacking Labor | Hourly | By Unit | | | Overtime Packing Labor | | | | |

SR = Service Requested     SNR = Service Not Requested     CNK = Condition Not Known     SIT = Sit In Transit

Charges to Be Paid By:
Billing     ☑ Cash     ☐ Check     ☑ Certified Check     ☑ Money Order   2% Add Charge   ☐ Credit Card     ☐ Approved

TRANSPORTATION VALUATION OPTIONS     STORAGE IN TRANSIT VALUATION OPTIONS

Shipment is valued at actual cash value up to $20,000, or as declared by the shipper.     60¢ Per pound per article - No additional cost     Actual Cash Value @ $ _____ per $100 of Declared Value

Shipment Value: $ _____     Actual Cash Value @ $ _____ per $100 of Declared Value     Full Value @ $ _____ per $100 of Declared Value

Full Value @ $ _____ per $100 of Declared Value     Initials

Initials     Deductible _____ $250.00 _____ $500.00     Deductible _____ $250.00 _____ $500.00

I am in no way obligated to have the above named carrier perform any services. I request only the services and items listed on this document be considered in determining the estimated cost. I understand that additional charges will be made for any additional services requested at a later date. I hereby acknowledge that I have received a copy of the information material entitled, "IMPORTANT INFORMATION FOR PERSONS MOVING HOUSEHOLD GOODS." X _____

Signature of Shipper or Shipper's Representative NOTE: If moving conditions change between now and moving date, call the above carrier.     Date

| Number of Articles to be moved | | Number of Rooms to be Moved | | Total Number of Packing Containers to be Supplied by Carrier | |
|---|---|---|---|---|---|

**ESTIMATED COST OF SERVICES**

**LONG DISTANCE MOVING**

Tariff: Max Tariff 4     Total Cu. Ft. _____     Miles 372

Est. Weight 6 000 lbs at 7777 per 100 lbs $ 4,666.20

No. Flights   Charges   may apply   per $60.00 $ _____

No. Long Carry Flights   at   destination per 100 lbs $ 350

Hoisting/Lowering $ _____

Extra Pickup-Delivery (circle one) $ _____

Haul to - from Storage-in-Transit _____ hours $ _____

Storage-in-Transit Charges:

First Day _____ lbs at _____ ¢ per 100 lbs $ _____

Each Additional Day at _____ lbs at _____ ¢ per 100 lbs per day $ _____

Warehouse Handling _____ lbs at _____ ¢ per 100 lbs $ _____

Storage and Warehouse Handling _____ lbs @ _____ $ _____

Piano, Type _____ Organ, Type _____ $ _____

Appliances to be serviced _____ $ _____

Valuation Charge: (See basis) _____ $ _____

Assembly Disassembly of Articles _____ $ _____

Bulky Articles _____ $ _____

Other Services _____ $ _____

Not Exceed     ESTIMATED COST $ 5,016.20

**LOCAL MOVING**

Estimate of Hours: Load _____ Drive (x2) _____ Unload _____ Total _____ Hrs.

Moving estimated _____ hours for _____ van and _____

_____ men at _____ per hour $ _____

Piano type _____ ? No. Flights _____ $ _____

Bridge or Ferry Tolls (Estimated) $ _____

Hoisting/Lowering $ _____

OTHER SERVICES $ _____

OVERTIME HOURS $ _____

Valuation Charge (See Basis) $ _____

PACKING AND UNPACKING     Estimated Cost $ _____

LABOR, Pack at residence, Estimated _____ packers

_____ hours, at _____ per man hour $ _____

Unpack, estimated _____ packers _____ hours at

_____ per man hour $ _____

Delivery of packing material _____ $ _____

Estimated Cost $ _____

LOCAL MOVING $ _____

STORAGE $ _____

PERM. STORAGE VAULT CHARGE $ _____

LONG DISTANCE MOVING $ _____

PACKING AND OR UNPACKING MATERIAL $ _____

SALES TAX $ _____

TOTAL ESTIMATED COST $ _____

Amount Total Cost EXCEEDS Charges Under Maximum Fixed Rate $ _____

REMARKS (Include any minimums such as weight, hours or per pound valuation)

| MATERIAL AND UNIT PRICE | Material | | | Packing | | | Unpacking | | |
|---|---|---|---|---|---|---|---|---|---|
| | Qty | Rate | Total | Qty | Rate | Total | Qty | Rate | Total |
| Dish Packs or Barrels | | | | | | | | | |
| Cartons over 1 1/2 cu. ft. | | | | | | | | | |
| Cartons over 3 cu. ft. | | Pack 3 Tvs Only | | | | | | | |
| Cartons over 4 1/2 cu. ft. | | | | | | | | | |
| Cartons over 6 cu. ft. | | | | | | | | | |
| Cartons over 6 1/2 cu. ft. | | | | | | | | | |
| Wardrobes | | | | | | | | | |
| Mattress Ctn. Single | | | | | | | | | |
| Mattress Ctn. Double | | | | | | | | | |
| Mattress Ctn. Queen | | | | | | | | | |
| Mattress Ctn. King | | | | | | | | | |
| Mattress Ctn. Crib | | | | | | | | | |
| Lamp packs | | | | | | | | | |
| Mirror, Slim | | | | | | | | | |
| Mirror, Slim | | | | | | | | | |
| | Total Material $ | | | Total Packing $ | | | Total Unpacking $ | | |

MAILING ADDRESS:

RESERVATION DEPOSIT:

**IMPORTANT NOTICE:** This estimated cost document covers only the articles and services listed on the Basis for Carriers Estimated Cost of Services. ACTUAL CHARGES FOR THOSE SERVICES WILL NOT EXCEED THE AMOUNT OF THE ESTIMATED COST. No guarantee can be made as to specific dates of pickup or delivery of your shipment, unless you make special arrangements with the carrier.

NOTICE TO ESTIMATOR: It is mandatory to use cubic footage for each article at not less than that shown on the Table of Measurements and Estimate and the total cubic footage be multiplied by seven to determine the total approximate weight for determining the charge under maximum fixed rate.

TO BE COMPLETED BY CARRIER:     TO BE COMPLETED BY THE SHIPPER:

Are Maximum Rates to be exceeded on this move?   YES _____ NO _____     Do you consent to the amount of charge to be assessed over the Maximum Rate?   YES _____ NO _____

If yes, by how much will charges exceed these at Maximum Rates? _____

ESTIMATOR'S SIGNATURE _____     DATE OF SIGNATURE May 12 2026

**THIS SIDE TO BE COMPLETED ONLY AFTER REVERSE SIDE IS COMPLETED AND CARBONS ARE REMOVED**

Milburn Printing • 800-999-6996 • www.milburnprinting.com     FORM #00001 REV. 12/98

# LEASE AGREEMENT

THIS LEASE AGREEMENT ("Lease") is made on 05/30/2026 between Irvine Somerset Apartments LLC ("Landlord"), and Benita Hanover, Scott Hanover, (whether one or more, "Resident").

## Summary of Lease Terms

| | |
|---|---|
| **Premises** | 308 Marketview<br>Irvine, CA 92602-1690 |
| **Lease Start Date** | 07/24/2026 |
| **Lease End Date** | 08/23/2027 |
| **Gross Monthly Rent** | $3710.00 |
| **Rent Due Date** | 1st day of each calendar month |
| **Security Deposit** | $1400.00 |
| **Accepted Forms of Payment** | Personal check, money order, certified funds or online (eCheck or Credit Card) |
| **Make Rent Payable to** | Somerset Apartment Homes |
| **Payment Mailing Address** | Somerset Apartment Homes<br>PO Box 60056<br>City of Industry, CA 91716 |
| **Web Address and Telephone Number** | residents.irvinecompanyapartments.com<br>(714) 389-4600 |
| **Management Agent Name and Contact Information** | Irvine Management Company,<br>a Delaware corporation<br>131 Theory Irvine, CA 92617<br>(949) 720-5600<br>*Note: Landlord may designate a new management agent upon written notice to Resident* |

1. **Location:** The Premises is located in the Somerset Apartment Homes community ("Community"). The Premises consists of a residential unit together with any appliances and other furnishings listed on the move-in form, and the Garage and/or number of Parking Space(s) listed in Paragraph 6. Resident has had an opportunity to inspect the Premises and the common areas and amenities ("Common Areas & Amenities") and is satisfied as to all matters regarding their condition. Resident acknowledges that Landlord has made no representation or warranty of any nature regarding the condition of the Premises, Common Areas & Amenities, Community or the area where the Community is located. Floor plans and square footage displayed in marketing materials are approximations only and may not be relied upon by Resident.

2. **Lease Term:** The Lease begins on the Lease Start Date and ends at 11:59 p.m. on the Lease End Date. Landlord makes no representation that the Premises will be ready for occupancy on the Lease Start Date. If Landlord is unable to deliver possession of the Premises on the Lease Start Date, the Lease End Date will not be affected and Landlord shall not be liable for damages to Resident. In such event, Resident shall not be responsible for payment of Rent for the period between the Lease Start Date and the time when Landlord delivers possession. If Landlord is not able to deliver possession within thirty (30) days of the Lease Start Date, either Landlord or Resident may, prior to the time when Landlord delivers possession, cancel this Lease by giving written notice to the other.

    2.1. Expiration: **Upon expiration of the Lease, but not upon the earlier termination thereof, the tenancy shall automatically continue from month to month unless: (i) Landlord gives Resident written notice of Landlord's intent to terminate the tenancy in accordance with California Civil Code Section 1946.1; (ii) Resident gives Landlord written notice at least (30) days prior to the Lease End Date of Resident's intent to terminate the tenancy; or (iii) Landlord gives Resident any other termination notice allowed by law.** In the event the tenancy continues on a month

Rev. 06.2025
#97478v1



Case: 25-51598    Doc# 58    Filed: 07/16/26    Entered: 07/16/26 09:26:40    Page 22 of 63

to month basis, the terms and conditions of the Lease shall apply, except Landlord may increase the Rent (as defined below) or otherwise change the terms of tenancy as allowed by law.

2.2. Move Out: Upon termination of the tenancy for any reason, Resident shall (a) timely vacate and remove all persons and personal property from the Premises and from all Parking Spaces, Garages, and storage spaces provided under the Lease, (b) return any keys, key fobs and/or remotes that were provided to Resident at move-in, and (c) provide Landlord with Resident's forwarding address. If all keys, key fobs and/or remotes are not returned, Resident shall be charged for the cost of new locks and keys. Resident also agrees to be subject to and comply with the following in addition to any applicable provisions contained in the Resident Handbook (the "Handbook") or community rules:

- Resident will return the Premises to Landlord in its original condition, exclusive of ordinary wear and tear, and is responsible for the cost to repair any damage to the Premises beyond "ordinary wear and tear."

- The paint in the Premises should last two years from move in. If Resident changes the color of the walls or ceilings, Resident will be charged for repainting to the original color.

- The Premises must be returned as clean as the day Resident moved in. If Resident leaves trash behind, Resident will be charged for the cost of the trash removal.

**3. Rent:** Resident shall pay Landlord Gross Monthly Rent in the amount set forth on Page 1, in advance on or before the Rent Due Date. The Gross Monthly Rent is the amount set forth on page 1 of this Lease and does not include any other monetary obligations of Resident under this Lease, unless provided otherwise by law. The Gross Monthly Rent and all other monetary obligations of Resident under this Lease are collectively referred to herein as "Rent". Rent for any partial month will be prorated based on a 30-day proration (except February, which will be prorated by the actual number of days in the month). Payments will not be accepted at the Community office. Payment must be made at either the physical or web address above, or at such other place or in such other manner as Landlord may from time to time designate. If payment is made by check or money order via mail, Resident shall write Resident's unit number on the check or money order. Resident bears the risk of loss of any payment made by mail, unless otherwise provided by law. Checks will be deposited immediately, regardless of whether they are post-dated. In accordance with California law, the Gross Monthly Rent is the Gross Rental Rate.

3.1. Failure to Pay: If Landlord serves a Notice to Pay Rent or Quit or Notice to Perform Covenant or Quit demanding payment, Resident must tender payment by cashier's check or money order only to cure the notice. At Landlord's option and without further notice, Landlord may apply payments first to any of Resident's unpaid Rent, or any other obligations due and owing under the Lease, of any kind whatsoever, and then to current Rent, regardless of notations on checks or money orders and regardless of when the obligations arose. As required by law, Resident is notified that a negative credit report reflecting on Resident's credit record may be submitted to a credit reporting agency if Resident fails to fulfill the terms of Resident's financial obligations.

3.2. Late Fees: Resident acknowledges that if Resident pays Rent after the Rent Due Date, Landlord will incur certain costs, the exact amount of which is extremely difficult and impracticable to determine. Such costs may include, without limitation, processing, enforcement and accounting charges. Therefore, if any payment is not received by the Rent Due Date, Resident shall immediately pay $50.00 as a late fee. The parties agree this late fee represents a fair and reasonable estimate of the actual costs Landlord will incur by reason of late payment by Resident. Landlord's acceptance of Resident's payment of any late fee shall not constitute a waiver by Landlord of Resident's default with respect to the overdue amount, nor prevent Landlord from exercising any other rights and remedies available to Landlord.

3.3. Returned Check: If Resident's payment is returned by the financial institution for any reason, the amount shall be considered unpaid. Resident shall replace any returned payment with certified funds only. In addition to the balance due and any applicable late fee, Resident shall immediately pay a fee of $25.00 per returned check. After receipt of two (2) returned payments, Landlord may, at its option and at its sole discretion, require payment of Rent in the form of certified funds only.

**4. Security Deposit:** If the funds have not yet been paid, Resident shall pay Landlord a security deposit in the amount of $1400.00 ("Security Deposit") upon execution of this Lease. Landlord may commingle the Security Deposit with other funds. The Security Deposit shall be refunded or applied as provided under applicable law. The Security Deposit will not be returned until Resident and all Occupants have vacated, and any Security Deposit returned by check shall be made out to all Residents named in this Lease, or as subsequently modified. If Landlord uses any part of the Security Deposit during the tenancy, Resident shall replenish the Security Deposit to its full amount within ten (10) days.

**5. Early Lease Termination Option:** Provided Resident is not in default under this Lease, Resident will have the option to terminate this Lease prior to the Lease End Date subject to the following terms and conditions: Resident must (a) provide Landlord with a minimum of 30 days' prior written notice of Resident's intent to vacate the Premises ("Notice to Vacate"),

Rev. 06.2025
#97478v1



Case: 25-51598   Doc# 58   Filed: 07/16/26   Entered: 07/16/26 09:26:40   Page 23 of 63

specifying the date of Resident's early move-out ("Early Move Out"), (b) concurrently with the giving of the Notice to Vacate, pay to Landlord a one-time payment equal to two times the Gross Monthly Rent ("Lease Break Fee"), in addition to any Concession Reimbursements, as set forth in the Concession Addendum, (c) timely observe and perform all terms and conditions of the Lease through and including Early Move Out date, including paying rent and all other Lease charges through and including the Early Move Out date, and (d) vacate and deliver possession of the Premises to Landlord on or before the Early Move Out date. Resident agrees that the Security Deposit shall not be used to pay for the Lease Break Fee or the Concession Reimbursements. If Resident vacates or abandons the Premises during the term of the Lease without exercising the early termination option, or fails to strictly comply with the terms and conditions of this paragraph, the Lease term shall be unaffected by the early termination option, and Landlord shall have all of the remedies set forth in paragraph 19.

**6. Parking:** Resident shall have the right to park their vehicle(s) in the following parking space(s): Garage #229 (one vehicle per space)(the Landlord may change Resident's designated Garage and/or Parking Space(s) from time to time with seven days advance written notice. Additional parking rules and conditions apply; refer to the Handbook or contact the Community office for more information.

**7. Occupancy:** Only Resident and the following people are permitted to live in the Premises: Benita Hanover, Scott Hanover, Jordan Hanover (the "Occupants").

**8. Household Safety and Resident's Related Parties:** Resident is responsible for ensuring the safety of, and for the conduct of Resident, Resident's Occupants, any individual residing in the Premises ("Household Members"), guests, invitees and any others under Resident's control (collectively, "Resident's Related Parties") both inside and outside the home. Resident should carefully note the location of any fountains, ponds, swimming pools, traffic or parking areas, balconies, patios, windows and parks. Open windows may present a fall hazard, particularly for small children or if furniture (such as couches, chairs or beds) is positioned directly near or below window frames. Positioning of furnishings in model units, website imagery and other marketing materials may not be relied upon in deciding where to safely place furniture. Window screens and railings in front of windows are not designed to be weight-bearing or prevent falls. Resident is responsible for the supervision and control of Resident's Related Parties while such persons are in the Premises or the Community, and is responsible for any damage or violation of the Lease or the Handbook caused thereby. **Violation of this Lease, the Handbook or any community rules by any of Resident's Related Parties shall constitute a material violation of this Lease by Resident.**

**9. Utilities:** Resident shall pay for utilities that are provided or allocated to the Premises in accordance with Landlord's Utility Addendum, which is incorporated herein by reference.

**10. Use of Premises, Community, Common Areas, and Amenities:** Resident agrees to use and maintain the Premises solely as a private residence for the Occupants and no one else without Landlord's prior written consent. Resident and Resident's Related Parties shall use the Premises, and Common Areas & Amenities, for the purpose for which they were designed or intended to be used, and in accordance with, and otherwise comply with, this Lease, the Handbook and any community rules that may be established by Landlord from time to time, including without limitation, posted signage. Additionally, Resident and Resident's Related Parties shall comply with any recorded covenants, conditions, restrictions, easements and agreements affecting the Premises or the Community. Resident and Resident's Related Parties shall not: (a) disturb, disrupt, annoy, harass, endanger or inconvenience other residents or invitees within the Community, neighbors, Landlord, Landlord's property manager or the respective officers, directors, members, shareholders, partners, managers, employees, affiliates, contractors, vendors, or representatives of Landlord or Landlord's property manager ("Landlord's Related Parties"), (b) violate any civil or criminal statute, law or ordinance, or (c) cause damage to or commit or permit waste or nuisance in or about the Premises or the Community. Violation of this paragraph, at Landlord's option and subject to applicable law, shall be deemed a non-curable breach of this Lease.

**11. Alterations and Improvements:** Resident shall make no alterations or improvements to the Premises without first obtaining Landlord's written permission, including without limitation painting, wallpapering, adding or changing any lock or security device, or installing window treatments, hard-wired security or surveillance cameras, permanent shelving, flooring, bidet or water treatment systems, or large appliances (e.g. refrigerators, washers and dryers, saunas). If Landlord allows any addition or change of lock or security device, Resident must provide Landlord with a key or code to the lock or device upon installation. If Landlord allows any other alteration or improvement, Resident is financially responsible for restoring the Premises to the condition in which it existed prior to the alteration or improvement.

**12. Damage and Repairs:**

    12.1. <u>Repairs and Services</u>: Resident agrees to cooperate fully with and to undertake all efforts and tasks required by Landlord to prepare for and complete repairs and/or services. Resident shall give Landlord immediate written notice if repairs to or services at the Premises may be required. If Landlord makes repairs or provides services, and the condition

Rev. 06.2025
#97478v1

Case: 25-51598    Doc# 58    Filed: 07/16/26    Entered: 07/16/26 09:26:40    Page 24 of 63

requiring repair or services was caused by an act or omission of Resident, Resident shall pay on demand all reasonable costs of repair, services or restoration. This includes, but is not limited to, damage caused by Resident's failure to properly ventilate while using the kitchen and bathroom facilities, pest control, and costs incurred by Landlord as a result of Resident's failure to cooperate with and/or properly prepare for Landlord's efforts to provide necessary or agreed repairs and/or services to the Premises.

12.2. <u>Damage or Destruction</u>: If the Community and/or the Premises is totally or partially damaged or destroyed, or otherwise rendered totally or partially uninhabitable, by fire, flood, earthquake, accident or other casualty or unforeseen event, Landlord shall have the option, in addition to any other options available by law, to (a) treat this Lease as continuing and repair or restore the Premises; or (b) terminate the Lease by giving written notice to Resident.

12.3. <u>Relocation</u>: Upon demand by Landlord, Resident and any other Occupants of the Premises shall promptly vacate the Premises to allow Landlord to make repairs, decorations, alterations or improvements, or provide services. Resident will comply with all instructions and requirements necessary to prepare the Premises for the work or services. Resident will not be required to pay Rent for the Premises for the period of time that Resident is required to vacate, unless (i) a condition requiring repair or service was caused by Resident or (ii) Landlord, at Landlord's expense and in Landlord's sole discretion, provides Resident with comparable alternative housing or a hotel during the period Resident is required to vacate the Premises. No other compensation shall be due Resident with respect to Resident's relocation from the Premises.

12.4. <u>Responsibility for Damage</u>: Resident is responsible for all of the following resulting from Resident's failure to comply with the terms of this Paragraph 12: (a) damage to the Premises, Building or Community, (b) damage to property of Resident and/or other occupants of the Premises or the Community, and (c) personal injury to Resident or other occupants of the Premises or the Community.

**13. Resident Insurance Requirements: RESIDENT'S PERSONAL PROPERTY IS NOT INSURED BY LANDLORD.** Resident shall maintain at all times during the term of this Lease, at Resident's sole expense, a renter's insurance policy, or its equivalent, issued by a licensed insurance company. Such policy shall provide limits of liability of (i) $100,000.00 personal liability, and (ii) the greater of $10,000.00 or the full replacement value of Resident's personal property, or greater amounts as may be needed as determined by Resident. Resident acknowledges that renter's insurance is for the benefit of both Resident and Landlord. If Resident elects to install a satellite dish as permitted by this Lease, Resident's policy shall specifically insure against claims for bodily injury, death or property damage occurring from the installation, maintenance, operation or removal of the satellite dish. The policy shall name Landlord as an additional interest or interested party. Resident shall provide Landlord with proof of such insurance to Landlord's satisfaction. To the greatest extent permitted by law, Resident waives any and all rights of recovery and rights of subrogation against Landlord and Landlord's Related Parties in connection with any damage, claim or loss that is or would be covered by Resident's insurance coverage. Failure to obtain and maintain renter's insurance is a material breach of this Lease.

**14. Landlord's Liability; Resident's Indemnity:** To the greatest extent permitted by law, Landlord and Landlord's Related Parties shall not be liable for any claims for damages or loss to Resident's or others' personal property, or injury or death to any person caused by any use of the Premises, the Community or any other facility under Landlord's control by Resident or Resident's Related Parties, or arising from any other cause whatsoever. Resident assumes all risk of harm in using the Premises and Common Areas & Amenities and agrees to hold Landlord and Landlord's Related Parties harmless from all liability for any such injury, loss or damage. Resident agrees that Landlord shall not be liable for matters (and this Lease shall not be terminated by any interruption or interference with services or accommodations due Resident) caused by strike, riot, orders or acts of public authorities, acts of other residents, accidents, interruption in or shortages of public utilities, the making of necessary repairs to the building in which the Premises is located or the Community, or any other cause beyond Landlord's control. Resident shall indemnify, defend and hold harmless Landlord and Landlord's Related Parties for any liability, damage, claims for personal injury and/or property damage, cost or expense (including reasonable attorneys' fees), including without limitation any claim brought by or on behalf of Resident's Related Parties, whether incurred by or made against Landlord or Landlord's Related Parties, caused by the negligent, willful or intentional act or omission of Resident or Resident's Related Parties.

**15. Subleasing and Short-term Rentals:** Resident shall not assign its interests under this Lease or sublease all or any part of the Premises. Resident may not list, advertise or rent the Premises for any type of short-term rental, including on Airbnb, Couchsurfing, VRBO, Craigslist or any other advertisement or listing service. Any attempted assignment, at Landlord's election, shall constitute a non-curable default. The original Resident under this Lease shall remain responsible for all of Resident's obligations even if additional Residents are added to or removed from the Lease.

**16. Pest Control:**

16.1. <u>Resident Obligations</u>: Resident must report any signs of possible or suspected pest activity, including bedbugs, immediately to Landlord by completing a Maintenance Service Request using the Resident Portal or Resident

Rev. 06.2025
#97478v1



Case: 25-51598   Doc# 58   Filed: 07/16/26   Entered: 07/16/26 09:26:40   Page 25 of 63

App, or by visiting or calling the Community office. Delays in such reporting could result in the spread of pests, including bedbugs through the Premises or other areas of the Community. Resident's obligation to keep the Premises in clean condition includes the responsibility to inspect for the presence of pests, including bedbugs. Resident must fully cooperate with Landlord's pest control efforts, including without limitation, complying with any preparation recommendations provided by the pest control professional. Resident is responsible to pay for pest control services if Resident's conduct caused or contributed to the pest issue. Resident is responsible for any damages resulting from Resident's failure to comply with the terms of this paragraph.

16.2. <u>Information about Bedbugs</u>:

- <u>Bedbug Appearance</u>. Bedbugs have six legs. Adult bedbugs have flat bodies about 1/4 of an inch in length. Their color can vary from red and brown to copper colored. Young bedbugs are very small. Their bodies are about 1/16 of an inch in length. They have almost no color. When a bedbug feeds, its body swells, may lengthen, and becomes bright red, sometimes making it appear to be a different insect. Bedbugs do not fly. They can either crawl or be carried from place to place on objects, people, or animals. Bedbugs can be hard to find and identify because they are tiny and try to stay hidden.

- <u>Life Cycle and Reproduction</u>. An average bedbug lives for about 10 months. Female bedbugs lay one to five eggs per day. Bedbugs grow to full adulthood in about 21 days. Bedbugs can survive for months without feeding.

- <u>Bedbug Bites</u>. Because bedbugs usually feed at night, most people are bitten in their sleep and do not realize they were bitten. A person's reaction to insect bites is an immune response and so varies from person to person. Sometimes the red welts caused by the bites will not be noticed until many days after a person was bitten, if at all.

- Common signs and symptoms of a possible bed bug infestation:

  o Small red to reddish brown fecal spots on mattresses, box springs, bed frames, mattresses, linens, upholstery, or walls.

  o Molted bed bug skins, white, sticky eggs, or empty eggshells.

  o Very heavily infested areas may have a characteristically sweet odor.

  o Red, itchy bite marks, especially on the legs, arms, and other body parts exposed while sleeping. However, some people do not show bedbug lesions on their bodies even though bedbugs may have fed on them.

For more information, see the Internet websites of the United States Environmental Protection Agency and the National Pest Management Association.

16.3. <u>Housekeeping Practices</u>: The following housekeeping practices, which are Resident's responsibility, may reduce the likelihood of a pest infestation, including bed bugs: avoid accumulation of clutter; clean on a regular basis; arrange furniture to minimize hiding places; avoid use of secondhand furnishings; cover mattresses and box springs; and check baggage after trips.

**17. No Smoking:** Smoking or vaping of any substance, including but not limited to, tobacco, marijuana, or other plant materials, is prohibited in all areas within the Community, including indoor and outdoor spaces. This prohibition includes inhaling, exhaling, or producing airborne smoke or vapor through any means, such as cigarettes, e-cigarettes, vaporizers, cigars, pipes, or any other devices. Additionally, the distribution, cultivation, growing or manufacturing of marijuana, or any derivative thereof, is prohibited within the Community. Violation of this paragraph is a material breach of the Lease. Resident is responsible for all costs and damages resulting from smoking or vaping. Landlord will make reasonable efforts to address reported violations of this provision but does not warranty or guarantee a smoke-free environment within the Community.

**18. Application Information:** Resident represents that all statements in Resident's Application to Rent ("Application") and in any other documentation provided to Landlord are accurate and complete. Landlord has relied upon the statements set forth in the Application in deciding to rent the Premises to Resident. If Resident omits or falsifies any information on the Application or in any other documentation provided to Landlord, such omission or act constitutes a non-curable default at the time of Landlord's discovery that the information was omitted or false. Resident hereby represents that Resident is not subject to any restrictions imposed by the U.S. Treasury Department's Office of Foreign Assets Control including but not limited to appearing on the Specially Designated National and Blocked Persons List ("SDN List") promulgated by the Office of Foreign Asset Control. Resident agrees to cooperate with Landlord's screening of the SDN list. If Resident is or comes to appear on the SDN, Resident shall be deemed in material non-curable default under the terms of this Lease.

**19. Remedies:** In the event of any violation, default or breach of this Lease by Resident, Landlord may exercise any or all remedies provided by this Lease or by law, including without limitation those set forth in California Code of Civil Procedure §1161, and Civil Code §§1951.2 and 1951.4. In such event, Landlord may recover damages including the worth at the time

Rev. 06.2025
#97478v1



Case: 25-51598   Doc# 58   Filed: 07/16/26   Entered: 07/16/26 09:26:40   Page 26 of 63

of award of the amount by which the unpaid rent for the balance of the term after the time of award exceeds the amount of such rental loss for the same period that the Resident proves could be reasonably avoided and any other amount necessary to compensate Landlord for all the detriment proximately caused by Resident's failure to perform their obligations under this Lease. No remedy or election under this Lease shall be deemed exclusive, but shall, wherever possible, be cumulative with all other remedies at law or in equity.

**20. Attorney's Fees:** If any legal action or proceeding is brought by either party to enforce any part of this Lease, the prevailing party shall recover, in addition to all other relief, reasonable attorney's fees not to exceed $2,000.00, plus court costs.

**21. Right of Entry:** Landlord has the right to enter the Premises as allowed by law, and Resident's refusal to allow Landlord to enter the Premises as allowed by law is a material breach of this Lease and is cause for termination as provided herein and by law. Landlord will serve Resident with reasonable written notice before entry unless:

- Entry is due to an emergency, surrender or abandonment of the Premises, or
- Resident agrees that Landlord may enter to make repairs or supply services at an approximate day and time within one week of the agreement, or
- Resident is present and consents at the time of entry, or
- The entry is otherwise permitted by law.

**22. Release of Information:** Resident grants Landlord the right to disclose information contained in Landlord's records regarding Resident or this Lease at any time, as follows: (a) in connection with the filing, reporting or sharing of credit report information, including without limitation, any negative credit report as a result of Resident's failure to pay amounts due under this Lease; (b) in conjunction with civil, criminal or administrative proceedings or pursuant to subpoena, court order, applicable law or regulation, or law enforcement or governmental agency request; (c) to Landlord's Related Parties, accountants, attorneys or insurers in connection with Landlord's business operations; (d) in connection with the use and/or services provided by Landlord's property management software system; or (e) for any other purpose permitted under applicable law or Landlord's Privacy Policy, which is available online at www.irvinecompany.com/privacy-policy. All terms and provisions set forth in the Privacy Policy are hereby incorporated herein by reference. By signing this Lease, Resident acknowledges that Resident has reviewed the Privacy Policy and consents to the Landlord's use of his or her personal information as stated therein. Resident may request a hard copy of the Privacy Policy from the Community office.

**23. Service of Process/Notices/Demands:** Service of process, notices and/or demands upon Landlord or the management agent may be served upon the following authorized agent: Corporation Service Company (CSC), 2710 Gateway Oaks Drive, Suite 150N Sacramento, CA 95833-3505, (916) 641-5100 or (800) 927-9800. Landlord may designate a new agent for service of process upon written notice to Resident.

**24. Termination:** Landlord and Resident agree and acknowledge that Landlord may non-renew and/or terminate this Lease as permitted herein and as otherwise permitted by law. The provisions of this paragraph are in addition to all other rights and remedies set forth herein.

**25.** Early Termination for Demolition or Substantial Remodel: Landlord may terminate this Lease and tenancy at any time, including during a fixed term lease, by providing at least sixty (60) days' written notice if Landlord intends to demolish or to substantially remodel the Premises.

**26.** Prior Unpaid Balance: Any unpaid rent, fees, or other amounts owed by Resident under a prior lease with Landlord for the Premises, or for another unit leased from Landlord from which Resident transferred to the Premises, shall carry over as obligations under this Lease unless Landlord elects otherwise in writing.

**27.** Notice Regarding Sex Offender Database and Website: Pursuant to Section 290.46 of the Penal Code, information about specified registered sex offenders is made available to the public via an Internet Web site maintained by the Department of Justice at www.meganslaw.ca.gov. Depending on an offender's criminal history, this information will include either the address at which the offender resides or the community of residence and ZIP Code in which they reside.

**28. Enforcement:** Landlord's failure to enforce any term of this Lease, the Handbook or any policy shall not be deemed a waiver of Landlord's right to enforce such provision at any time, nor shall Landlord's acceptance of a partial payment be deemed a waiver of Landlord's right to full payment. Landlord's acceptance of Rent or any other payment with knowledge of any default by Resident shall not be deemed a waiver, nor shall it limit Landlord's rights, including without limitation Landlord's right to terminate the Lease or pursue an unlawful detainer action. Landlord is not obligated to enforce any provision of this Lease, the Handbook or any policy, and Landlord is not liable to any Resident for any violation by other residents of any such provision.

Rev. 06.2025
#97478v1



Case: 25-51598   Doc# 58   Filed: 07/16/26   Entered: 07/16/26 09:26:40   Page 27 of 63

**29. Time, Interpretation and Integration:** Time is of the essence in this Lease. This Lease shall be construed in accordance with California law. All capitalized terms are defined in the Summary of Lease Terms unless otherwise defined in this Lease. If any provision of this Lease is held by an arbitrator or court of competent jurisdiction to be invalid, unenforceable, or void, such provision shall be enforced to the fullest extent permitted by law, and the remainder of this Lease shall remain in full force and effect. **This Lease, together with the Handbook, Disclosures and any other addenda, constitutes the entire agreement between Landlord and Resident. Resident acknowledges and agrees that Resident has been provided with a copy of or access to the Handbook, a copy of which may also be requested from the Community office. The Handbook, Disclosures and any other addenda, which may be periodically updated or revised by Landlord, are incorporated into and made a part of this Lease by reference.** The parties consider each and every term, covenant and provision of this Lease to be material and reasonable. This Lease supersedes any and all oral or written representations or agreements that may have been made by either party prior to or on the date Landlord and Resident execute this Lease. Any modification to the terms of this Lease must be in writing and signed by both Landlord and Resident to be effective and enforceable.

**If there are multiple Residents, each will be individually and completely responsible for the performance of all obligations under this Lease, jointly with every other Resident, and individually, whether or not in possession.**

**Resident understands that the tenancy will automatically continue on a month-to-month basis at the end of the term as specified in paragraph 2 above, unless terminated as allowed by this contract or by law. See paragraph 2.1 above.**

**RESIDENT:**

NAME: BENITA HANOVER HEAD OF HOUSEHOLD _(signature)_ SIGNED 6/8/2026 AT 6:11PM PDT

DATE: 6/8/2026

**LANDLORD:**

Irvine Somerset Apartments LLC
By: Irvine Management Company,
    a Delaware corporation, its duly authorized agent

NAME: _____ DATE: _____

By: _____

NAME: _____ DATE: _____

Name: _____

Title: _____

NAME: _____ DATE: _____

Rev. 06.2025
#97478v1

Case: 25-51598  Doc# 58  Filed: 07/16/26  Entered: 07/16/26 09:26:40  Page 28 of 63

The rules in this Handbook (the "Rules") have been established for the Community. We may change these Rules at any time by giving written notice to you. To access the most current version of the Rules, request a copy from the Community office or access on the Resident Portal. Capitalized terms in this Handbook have the same meaning as in the Lease. Failure to comply with the Rules shall constitute a material breach of the Lease.

## Maintaining your Home

*Health and Safety:* You must properly use, operate and safeguard the Premises, including any furniture, furnishings or appliances and all mechanical, electrical, gas and plumbing fixtures, and keep them and the Premises clean, sanitary, uncluttered and well ventilated (particularly when using the bathroom and kitchen facilities). You must use your home in a way that does not create a health or safety hazard to any person or property in the building where the Premises is located (the "Building") or the Community. This includes keeping your home free of excessive personal property, pests, trash and dangerous materials. You may not hang anything from fire sprinklers. You must keep smoke and carbon monoxide detectors functioning and in good condition, and promptly notify the Community office of any malfunction. Other than ordinary household products, you may not under any circumstances store, use or dispose of any flammable, explosive, hazardous, toxic or radioactive material anywhere in the Premises, the Building or the Community. If the Premises includes a loft, any closet or storage space within the loft may be used only for storage of non-perishable items. You may not install or operate any appliances within the space. Storage of personal property in HVAC and/or water heater closets is prohibited.

*Caring for Your Home and the Community:* You must keep your home clean, in good condition, and uncluttered. You may not place or distribute posters, signs, leaflets, pamphlets, solicitation materials, or similar items in windows or areas outside the Premises without our advance written permission, except as otherwise provided by law. No personal property may be kept in stairways, hallways, entryways or in other Common Areas & Amenities. Personal items stored or left in the Common Areas & Amenities will be considered abandoned and are subject to immediate disposal.

*Patios and Balconies:* If the Premises has a private patio or balcony, it is your responsibility to maintain such area in a clean and well-organized condition, and free from unsightly material. We reserve the right, in our sole discretion, to determine what may constitute unsightly material, and to prohibit, restrict and control the items on your patio or balcony. Using your patio or balcony for storage is not permitted. Patios and balconies must not be used as a place for animals to relieve themselves. Umbrellas, privacy screens and outdoor fixtures are not allowed without our prior written approval. Only patio furniture and a reasonable number of potted plants with saucers are allowed. Excessive plants, placing plants or other objects on patio or balcony ledges, and overwatering, are not permitted. Allowing water, or runoff containing pet waste or chemicals, to flow onto areas below is not permitted. We may set time and location restrictions for using clotheslines or drying racks.

*BBQs:* Use of any type of open-flame barbecue, grill, heater or similar device on patios or balconies is prohibited, except for a liquefied petroleum gas (LPG) device with a supply bottle of 1 pound or less. Electric devices and barbecues are permitted.

*Fireplaces:* The Premises may include a wood-burning or gas fireplace. If it does, always make sure the flue above the fireplace is open before using it, and close the fireplace screen after the fire is started. If the Premises includes a gas fireplace, DO NOT ATTEMPT TO BURN WOOD OR ANY OTHER MATERIALS in it.

## Reporting a Maintenance Issue

Proper maintenance is important. You must give us prompt written notice if the Premises needs maintenance, repairs or services. To report a maintenance issue or request maintenance, complete a Maintenance Service Request using the Resident Portal, or by visiting or calling the Community office.

## Emergencies

An emergency is any serious, unexpected event that has caused or could cause injury or death to any person, or could shut down a business or cause physical or environmental damage. IN THE EVENT OF AN EMERGENCY, IMMEDIATELY CALL 911. After calling 911, promptly notify us.

In the event of an urgent plumbing issue (e.g., stoppage or overflow) turn off the "shut off" valve nearest the problem fixture and contact the Community office.

## Gates, Surveillance Cameras and Other Access Control Measures

Regardless of the presence of electronic gates, on-site personnel, patrol cars, surveillance cameras, alarm systems, or other features which may be present at the Community, we cannot guarantee or warrant, and provide no assurance regarding, the security or protection of you, your household members, guests, or personal property. We are not authorized or equipped to provide law enforcement or emergency services. We may provide courtesy patrol services as a convenience;

Rev. 06.2025
#97602v1



Case: 25-51598   Doc# 58   Filed: 07/16/26   Entered: 07/16/26 09:26:40   Page 29 of 63

courtesy patrol personnel are authorized to enforce the terms of the Lease, this Handbook, and any other Community rules and regulations on our behalf. If we do provide any such personnel or systems, they should not be interpreted as providing additional security or protection, they are precautionary measures, and are subject to human error, absenteeism, tampering, cyber-attacks, or mechanical, electronic or software malfunctions. Gates are intended to control the flow of traffic and to promote privacy only, and are not intended to provide security.

**Key Release**

We will release keys to persons named on the Lease and to any individual you have designated in writing with a valid photo ID.

**Using and Enjoying the Community**

Common Areas & Amenities are meant for the use and enjoyment of all residents. You may not use these areas in any manner that disturbs, disrupts or annoys management staff, other residents, or their guests. Pedestrians have the right of way on all sidewalks, walkways and other pedestrian areas throughout the Community. Sports and recreation equipment such as bikes, mopeds, skateboards, roller skates and similar items must be used with care, and may not be used in the Common Areas & Amenities in any way that endangers the health and safety of any person or creates a nuisance. For safety reasons, motorized recreational vehicles, such as electric bikes and electric scooters, may not be used on sidewalks, walkways or in other pedestrian areas. You may not use Common Areas & Amenities for any commercial or business purpose, and absolutely no commercial group activities or fitness sessions are permitted without our advance written permission. Solicitation in the Community of any kind is strictly prohibited.

*Access:* We may suspend or remove access to Common Areas & Amenities at any time for the purpose of maintenance, repairs, improvements, or for any other reason, without notice and at our sole discretion. We may remove any amenity on a temporary or permanent basis without compensating you.

*Pools and Spas (if the Community has a pool):*

A. LIFEGUARDS ARE NOT PROVIDED AT ANY TIME. All swimmers swim at their own risk.

B. Hours and rules are posted at the pool. You must abide by these Rules, all posted signage and applicable health and safety laws regarding use of the pools and spas. Keep pool and spa gates closed and latched when not in use.

C. The pool and spa are for use by residents and their guests only. You must accompany your guests at all times. Children under the age of fourteen (14) and persons who are unable to swim should not use the pool or spa without adult supervision.

D. Glass items of any kind in the pool areas are strictly prohibited, and pets are not permitted in the pool or spa areas.

E. Swimming attire is required to be inside of the pool or spa, and no clothing other than swimming attire is allowed. Infants and incontinent persons must wear waterproof undergarments in the pool and spa.

*Fitness Centers (if the Community has a fitness center):*

A. THE FITNESS CENTER IS NOT SUPERVISED. Persons using the fitness center or any exercise equipment do so at their own risk. Carefully inspect each piece of equipment prior to use, and refrain from using any equipment that appears to be damaged, dangerous, or not properly functioning.

B. Hours and rules are posted in the fitness center and must be followed.

C. The fitness center is for use by residents and their guests only. You must accompany your guests at all times. For health and safety reasons, children under the age of fourteen (14) should not use the fitness center without appropriate supervision.

D. Glass containers, smoking, eating, alcoholic beverages and pets are not permitted in the fitness center at any time.

*Business Centers/iLounge (if the Community has a business center/iLounge):* Business Center/iLounge hours and rules are posted at each location. These areas are not to be used for extended periods of time and are not meant to be used in lieu of a personal office. These areas are for use by residents only. You must accompany your guests.

*Residential Use:* You may use the Premises, Common Areas & Amenities for residential purposes only. Except for a home office that does not generate traffic or visits to the Community, or a licensed and approved home child care center as permitted by applicable law, you are prohibited from operating any business in or about the Premises or the Community.

*Trash, Littering & Recycling:* Certain waste management practices have been developed for this Community. You must follow local regulations and our guidelines on depositing trash and the collection, sorting and recycling of waste products. You may not leave trash or litter in Common Areas or the Community. If the Community has trash chutes and/or trash



Case: 25-51598   Doc# 58   Filed: 07/16/26   Entered: 07/16/26 09:26:40   Page 30 of 63

compactors, you may deposit only bagged trash in them. You may not dispose of boxes and other bulky material in trash chutes, as this clogs the chutes and causes several hours of maintenance on chutes and trash compactors.

We comply with all California organic waste collection requirements. More information about your Community's program is available on the Resident Portal.

## Filming of Employees

You agree that you will not cause or permit any photographic, video or audio recording of our employees, affiliates, contractors, vendors, and/or agents anywhere in the Premises or the Community without our written consent, including without limitation, during the performance of work orders. You understand that such recording without our consent shall constitute a material breach of the Lease.

## Packages

We may offer automated Parcel Lockers for you to receive packages. We may impose regulations regarding the use of Parcel Lockers, including access, time, and use restrictions, or impose service fees or other charges. We may also regulate disposal or return of unclaimed packages. You authorize us to accept any packages addressed to you and delivered to us in your absence, and agree to hold us harmless from accepting any packages and from any loss of or damage to the packages, except if caused by our gross negligence or willful misconduct.

## Smoking

If smoking or vaping is permitted in the Premises, the Building or the Community, smoking or vaping excessively, or in any manner which disturbs other residents of the Community (including use of incense), their guests, or our associates, is a material violation of the Lease. For purposes of this section, we have sole discretion to determine what constitutes excessive or disruptive smoking or vaping. Smoking, vaping, growing or manufacturing marijuana or any marijuana derivative is prohibited in the Premises, the Building and all areas of the Community.

## Guests

You may not have overnight guests for more than 10 consecutive days or 20 days in a calendar year, and you are fully responsible at all times for the conduct of your guests. Please refer to your Lease for more information. Your household may have up to two guests in the Common Areas & Amenities at any given time. Your guests must be accompanied by you at all times when using the Common Areas & Amenities. Your guests may park only in spaces designated for "Guest Parking", and you are responsible for notifying your guests of the parking rules. Any guest vehicles parked outside of designated "Guest Parking" spaces are subject to tow, at the vehicle owner's expense. Landlord may exclude from the Community guests or others who, in Landlord's sole discretion, have been violating the law, Lease, this Handbook, or any community rules.

## Pets and Animals

Except as otherwise required by law, animals are not permitted in the Community, even temporarily, unless you obtain our prior written permission and sign a Pet Addendum. The size and type of pets permitted and the location where pets are permitted is determined solely by the Community.

## Vehicles & Parking

*Parking*: You may park up to two (2) vehicles in the Community. You must first use your designated parking space to park your and your guests' vehicles, prior to utilizing open parking spaces. Open or unreserved parking spaces are available on a first-come, first-served basis, and spaces may be limited. Additional parking rules and conditions may apply. Contact the Community office for more information.

All vehicles must be insured and registered with our office, and additional vehicles must be authorized by us in writing. Permissible vehicles include automobiles, sport utility vehicles, pickup trucks, mopeds and motorcycles. Limousines, taxicabs, semi-truck cabs, commercial vehicles and recreational vehicles such as motor homes, boats, ATV's, golf carts and trailers, may not be parked or stored without our prior written permission. Parking is for licensed, operational vehicles only.

Parking in fire lanes is strictly prohibited. Motorcycles and mopeds must be parked in parking areas only and may not be left on sidewalks, patios or other areas. Unauthorized, inoperative or improperly parked vehicles may be subject to tow at the vehicle owner's expense, and may be reclaimed by calling the local authorities or the towing company listed on the posted signage.

You may not store personal property in parking spaces or carports.



Case: 25-51598    Doc# 58    Filed: 07/16/26    Entered: 07/16/26 09:26:40    Page 31 of 63

*Garages*: If you are assigned a garage, it may be used only for parking vehicles and the storage of small items. If you store items in your garage, you must leave enough space to park the number of vehicles the garage is designed to fit. An assigned garage is considered your designated parking space and must be used first, prior to utilizing open parking spaces.

Electrical outlets in the garage may not be used to charge electric vehicles. You may not install or operate any appliances in the garage without our prior written permission. Vehicles may not be parked in front of garage doors unless the area is specifically designed for such parking. Garage doors must be kept closed when not in use. We have the right to inspect your garage at any time upon reasonable notice to determine compliance with the garage and parking rules.

*Electric Vehicle Charging Stations*: If the Community contains electric vehicle ("EV") charging stations, the use of EV charging stations may be purchased at the rates posted on the station, which are subject to change. The stations may only be used for parking by an EV that is connected and actively being charged. Absolutely no idle parking is permitted in these stations. We may impose additional restrictions on the use of these stations; for example, we may impose time restrictions to ensure multiple residents may charge EVs during the day.

*Parking Permits*: You may be issued a parking permit. If you lose your parking permit, you will be charged for the cost of its replacement. Additional parking permit rules apply; contact the Community office for more information.

*Vehicle Maintenance & Washing*: Vehicle maintenance is not permitted within the Community. Vehicles may be washed only in designated car wash spaces. Car wash spaces, if provided, are marked and are for use only while washing a vehicle.

## Cameras, Antenna, Drones and Satellite Dishes

*Surveillance Cameras*: The Community may contain surveillance cameras in Common Areas & Amenities. You acknowledge and agree that you do not have any expectation of privacy in these areas. Surveillance cameras, if any, may not be monitored in "real time" and do not guarantee or warrant any increased security or safety within the Community. We may install additional surveillance cameras or discontinue use of existing surveillance cameras at any time, without notice. Any and all video or images captured or recorded by these surveillance cameras belong exclusively to us, and are subject to our Privacy Policy and Lease provisions.

*Video Doorbells:* You may install a battery-powered video doorbell (the "Video Doorbell") at the front door of the Premises, subject to the following:

A. The Video Doorbell must be installed in a workmanlike manner and must not cause physical modifications or structural damage to the property, such as holes drilled through doors or walls;
B. The Video Doorbell must be installed, maintained, and used in compliance with all applicable laws, including without limitation, the Video Doorbell may not capture video or audio from the interior of any other home, or any other space in which the occupant would be entitled to a reasonable expectation of privacy, and must not interfere with wireless systems operated by Landlord or any other third party at the Community;
C. At expiration or termination of the Lease and/or Resident's tenancy, the Video Doorbell must be removed, and the Premises restored to its original condition at Resident's expense;
D. Resident shall bear all expenses relating to the Video Doorbell, including the cost of: (a) the Video Doorbell; (b) obtaining any necessary permits and approvals; (c) installing, maintaining, operating, repairing, replacing and removing the Video Doorbell; (d) any electrical consumption by the Video Doorbell; (e) repairing any damage relating to the Video Doorbell; and (f) restoring the Premises to the condition existing before the modifications, after the Video Doorbell is removed. Resident's security deposit may be used by Landlord, at its discretion, to apply to any amount owing to Landlord hereunder.
E. Landlord reserves the right to revoke consent for Resident to install and maintain the Video Doorbell, and to, in its sole and exclusive discretion, require Resident to temporarily or permanently remove the Video Doorbell upon seven days (7) prior written notice to Resident;
F. Upon request from Landlord, Resident agrees to immediately provide Landlord with a copy of any video from their Video Doorbell.

*Antenna and Drones:* You may not install or use any type of antenna without our prior written permission, or install, use or maintain any electronic or other device that interferes with the operation of cable television, telephone systems, electrical systems or data transmission service or lines in the Community. Resident and Resident's Related Parties are prohibited from using or operating drones on or from the Community, including over or above the Community, neighboring or nearby properties. This paragraph is intended for the exclusive benefit of the parties hereto and shall not be for the benefit of, create any rights in, or be enforceable by, any other person or entity.

*Satellite Dishes*: You may install one satellite dish for personal use, subject to the following:

A. The diameter of the dish must be one meter or less. The dish may not be connected to our telecommunications systems.

Case: 25-51598   Doc# 58   Filed: 07/16/26   Entered: 07/16/26 09:26:40   Page 32 of 63

B. The dish must be positioned inside the Premises private balcony, patio or terrace. No part of the dish may be attached to or extend beyond the railing.

C. You must position, maintain and remove the dish in a manner that is consistent with industry standards and does not create a hazard to any person or property. The dish may not be positioned in a manner that causes physical modifications or structural damage to the property, such as holes drilled through exterior walls.

D. Upon move out, you must remove the dish and pay for any resulting repairs or repainting.

**Moving & Deliveries**

You may move furniture to and from the Premises only between the hours of 9:00 A.M. and 6:00 P.M. unless the Community approves or designates different hours. You must remove packing cases, barrels or boxes you use and if you leave packing material in the Common Areas, you agree to pay our cost of removing it for you. You may only make deliveries through the service areas and passageways we designate.

**Fair Housing Provider**

We proudly do business in accordance with all federal and state fair housing laws and do not discriminate for any arbitrary reason or on the basis of any protected class, including age, ancestry, race, religion, national origin, color, sex or gender, sexual orientation, gender identity or expression, familial status, marital status, immigration status, citizenship, primary language, source of income, handicap or disability, medical condition, genetic information, or veteran or military status.

Rev. 06.2025
#97602v1

# SOMERSET APARTMENT HOMES COMMUNITY DISCLOSURES

The following disclosures are made to Residents concerning matters that may affect them while living in the Community. If any information contained herein is of concern to you, please contact the applicable agency or the Community office for more information.

## PROPOSITION 65 NOTICE

⚠️**WARNING:** Building materials containing urea-formaldehyde resins, such as insulation, pressed wood materials, finishes, or adhesives, on this property can expose you to formaldehyde, which is known to the State of California to cause cancer. Fireplaces or unvented gas space heaters, natural gas-powered appliances, as well as exhaust from motor vehicles or other maintenance equipment, on this property can expose you to carbon monoxide and benzene, which are known to the State of California to cause birth defects or other reproductive harm. Talk to your landlord or the building manager about how and when you could be exposed to these chemicals in your building. For additional information go to www.P65Warnings.ca.gov/apartments.

## PARKS AND TRAILS

The Community may contain a private park or may be located near public or private trails or park facilities. The parks may provide a variety of recreational amenities such as sports fields, picnic areas and children's play areas. The parks and trails may be lighted for night usage. Residents may hear noise from activities on nearby parks and trails or experience glare from lighting of such facilities. Please contact the Community Office for information regarding any private park within the Community. For questions regarding any nearby public parks or trails, please contact the parks or community services department of the city or county that operates or maintains such facilities.

## OPEN SPACE AREAS

The Community may be located near or adjacent to public open space land that may include trails, trailheads, parking facilities and other related improvements. These areas have been or may be dedicated to the City, County or another public agency for preservation as permanent open space. Wildlife from these areas may venture into the Community. Keep domestic pets indoors to protect them from being attacked by wildlife and to keep them from preying on endangered species in open space areas. When hiking or bicycling on trails within or near open space areas where public access is permitted, Residents must not leave designated trail areas as any activities outside of the trails may be harmful to protected plant and wildlife species.

## PESTICIDES

Pesticides may have been applied to the unit/building in the past, and a contract has been entered with a Structural Pest Control Company for periodic treatment of the buildings in the Community. You may contact the Community office to request specific information about which pesticides are to be applied and when they are to be applied. State law requires that you be given the following information:

***CAUTION: PESTICIDES ARE TOXIC CHEMICALS.*** Structural Pest Control Companies are registered and regulated by the Structural Pest Control Board, and apply pesticides which are registered and approved for use by the California Department of Pesticide Regulation and the United States Environmental Protection Agency. Registration is granted when the State finds that, based on existing scientific evidence, there are no appreciable risks if proper use conditions are followed or that the risks are outweighed by the benefits. The degree of risk depends upon the degree of exposure, so exposure should be minimized.

If within 24 hours following pesticide application, you experience symptoms similar to common seasonal illness comparable to the flu, contact your physician or the Poison Control Center at (800) 222-1222 and the pest control company immediately, and notify Landlord.

## WI-FI SERVICE

Wireless broadband Internet service (Wi-Fi service) might be provided in certain portions of the Community, as arranged by Landlord through an independent provider. If a Wi-Fi service system is present or later installed, persons using the Wi-Fi service are subject to the terms of service of the provider. Any Wi-Fi service may be modified or discontinued at any time, without notice and/or compensation. No representations or assurances are made as to whether Wi-Fi service will be installed or, if installed, that service will always be available, or that Wi-Fi service will be reliable or secure. Landlord is not responsible for the availability of Wi-Fi service or for any loss, damage, or inconvenience experienced by any person using any Wi-Fi service provided in the Community.

Rev. 06.2025
#97602v1

Case: 25-51598    Doc# 58    Filed: 07/16/26    Entered: 07/16/26 09:26:40    Page 34 of 63

**CONCIERGE SERVICES**
Your Community may offer Concierge Services, which may include referring Residents to third-party businesses. Landlord has no control over, and assumes no responsibility for, the products, services or practices of any of these businesses and disclaims any and all liability arising from Resident dealings with them. Landlord reserves the right to cancel or suspend Concierge Services at any time, without notice and/or compensation.

**ALARM SYSTEMS**
The Premises may be equipped with a built-in alarm system. All alarm system companies are independently owned and operated and not affiliated with Landlord. Landlord has no responsibility for the performance or operation of the alarm system company or any built-in alarm system.

**FLOOD HAZARD NOTICE**
Pursuant to Government Code Section 8589.45, you may obtain information about hazards, including flood hazards, that may affect the Community from the Internet Website of the Office of Emergency Services at http://myhazards.caloes.ca.gov/. Any insurance carried by Landlord will not provide coverage for loss of Resident's personal property including losses resulting from flood damage. Resident is required to maintain renter's insurance in accordance with the Lease, and should consider obtaining flood insurance to insure against flood damage to your personal possessions. Landlord is not required to provide additional information concerning the flood hazards to the Community and the information provided pursuant to this section is deemed adequate to inform the Resident.

# ACKNOWLEDGEMENT OF WRITTEN OFFER OF POSITIVE RENTAL PAYMENT INFORMATION REPORTING

Pursuant to California Civil Code Section 1954.07, you are hereby notified that you have the option of having your positive rental payment information reported to at least one nationwide consumer reporting agency. "Positive rental payment information" is defined as information regarding a resident's complete, timely payments of rent and does not include an instance in which a resident did not completely or timely make a rental payment. It is your choice whether to have your positive rental payment information reported. It is optional and not required.

Pursuant to Civil Code Section 1954.07, a Written Offer and Election of Positive Rental Payment Information Reporting to Credit Agencies has been provided via the Welcome Home Email, with further information regarding this offer. If there is more than one Resident listed on the Lease, each individual Resident must make their own election to have their positive rental payment information reported.

You may opt into the positive rental payment information reporting at any time following the initial offer. The easiest and most secure way to opt in and enroll is by visiting the "Make a Payment" page in the Resident App

Case: 25-51598   Doc# 58   Filed: 07/16/26   Entered: 07/16/26 09:26:40   Page 35 of
63

or Portal and clicking the "Learn More" option. Copies of the written election of positive rental payment information reporting may be requested from us at any time.

Each Resident who chooses to opt into having their positive rental payments reported will be charged an additional monthly fee for the positive rental payment information reporting service. This fee for rent reporting services may not exceed the actual cost incurred by us to provide the service and cannot exceed $10.00 per month. This fee is separate and distinct from any other payment obligation owed under the Lease and amounts tendered to satisfy these other payment obligations shall not be applied or credited to the positive rental payment information reporting fee. If the fee remains unpaid for thirty (30) days or more, we may stop reporting your positive rental payment information. If this is the case, you may not elect positive rental payment information reporting again for a period of six (6) months from the date the fee first became due.

You may choose to stop the positive rental payment information reporting at any time by written request, but if you choose to do so, you will not be able to resume positive rental payment information reporting for at least six (6) months after your election to opt out of the reporting.

If you choose to opt in to the positive rental payment information reporting, this does not constitute a forfeiture of any rights under California Civil Code Sections 1941 and 1942. The offer of rent reporting is intended solely to comply with the requirements of California Civil Code Section 1954.07, and does not confer any additional rights. Subject to applicable law, we reserve the right to rescind, withdraw, terminate, change, or amend the offer of positive rent reporting at any time. To the fullest extent permitted by law, we shall not be liable for any claims, losses, or damages arising from or relating to the reporting of rental payment information to a consumer reporting agency.

*By signing below, you) acknowledge receipt of the Written Offer and Election of Positive Rental Payment Information Reporting to Credit Agencies, which was provided via the Welcome Home Email. This acknowledgment does not obligate Resident(s) to accept the offer; it simply confirms that, at or prior to the time the Lease was signed, the Landlord made the offer to report positive rental payment information to at least one nationwide consumer credit reporting agency.*

**RESIDENT:**

BENITA HANOVER
HEAD OF HOUSEHOLD

NAME: _Benita Hanover_
SIGNED 6/8/2026 AT 6:12PM PDT

DATE: **6/8/2026**

NAME: _____     DATE: _____

NAME: _____     DATE: _____

NAME: _____     DATE: _____

**LANDLORD:**

Irvine Somerset Apartments LLC
By: Irvine Management Company,
    a Delaware corporation, its duly authorized agent

By: _____

Name: _____

Title: _____

Rev. 06.2025
#97602v1

Case: 25-51598   Doc# 58   Filed: 07/16/26   Entered: 07/16/26 09:26:40   Page 36 of 63

## ADDENDUM FOR TRANSFER DURING FIRST 30 DAYS OF RESIDENCY

This Lease Break Addendum ("Addendum") is made as of 05/30/2026 and is attached to and made a part of the lease dated 07/24/2026 ("Lease") by and between Irvine Somerset Apartments LLC ("Landlord") and Benita Hanover, Scott Hanover, ("Resident"), for the apartment located at 308 Marketview, Irvine, CA 92602-1690, ("Premises"). Unless otherwise indicated, the capitalized terms used herein shall have the same meaning ascribed thereto in the Lease.

1. Conditional Waiver. If Resident exercises the Early Lease Termination Option set forth in paragraph 5 of the Lease within 30 days of the Lease Start Date for the purpose of transferring within the Community to another apartment with a Gross Monthly Rent of equal or greater value, executes a Transfer Agreement and otherwise strictly complies with all other requirements set forth in paragraph 5 of the Lease, Landlord shall waive the Lease Break Fee, Transfer Fee and 30-day written Notice to Vacate.

2. Effect of Addendum. Except as expressly modified in this Addendum, the terms of the Lease, and all addenda thereto, shall remain unchanged and in full force and effect.

**RESIDENT:**

NAME: _BENITA HANOVER_
_HEAD OF HOUSEHOLD_
_SIGNED 6/8/2026 AT 6:12PM PDT_

DATE: **6/8/2026**

NAME: _____ DATE: _____

NAME: _____ DATE: _____

NAME: _____ DATE: _____

**LANDLORD:**

Irvine Somerset Apartments LLC
By: Irvine Management Company,
    a Delaware corporation, its duly authorized agent

By: _____

Name: _____

Title: _____

57399_2

Rev. 09.2020

Case: 25-51598   Doc# 58   Filed: 07/16/26   Entered: 07/16/26 09:26:40   Page 37 of 63

# UTILITY ADDENDUM

This Addendum ("Addendum") is attached and made a part of the lease dated 05/30/2026 ("Lease") by and between the undersigned (whether one or more, "Resident"), and Irvine Somerset Apartments LLC ("Landlord") for the premises located at 308 Marketview, Irvine, CA 92602-1690 ("Premises"). Capitalized terms in this Addendum shall have the same meaning as in the Lease.

**1.** **Allocation**: Responsibility for the payment of utilities and the method of allocating the cost of utilities is as follows:

| Utility or Service | Utility's Customer of Record | Charged to Resident? | Calculation Method for Charges to Resident | Common Areas |
|---|---|---|---|---|
| Gas | Resident | Yes | Direct billing from utility | Are separately metered and are not charged to Resident (except as set forth below). |
| Electricity | Resident | Yes | Direct billing from utility | Are separately metered and are not charged to Resident (except as set forth below). |
| Water | Landlord | Yes | ☒ Sub-metering<br>☐ Formula: Factored occupancy method | N/A |
| Sewer | Landlord | Yes | ☐ Sub-metering<br>☒ Formula: Per unit method | N/A |
| Trash and Recycling | Landlord | Yes | ☒ Formula: Factored occupancy method<br>☐ Flat monthly fee of $____ | Charges to be divided among residents includes the cost to dispose of trash and recycling generated in the common areas and maintain common area trash and recycling facilities. |
| Cable | Resident | Yes | Direct billing from utility | |

**2.** **Manner of Allocation:** Landlord and Resident agree that it is impractical or extremely difficult to determine the exact amount of the utilities consumed by Resident and/or in the common areas, but that the methods described above which are used to determine Resident's share result in reasonably accurate estimates.

**3.** **Utility Obligations:** Beginning on the Lease Start Date and continuing until Landlord reacquires possession of the Premises, Resident shall (a) maintain electricity, natural gas, water and sewer services for the Premises, and (b) pay for all utilities that are provided or allocated to the Premises in accordance with the terms of this Addendum. If Resident breaches the Lease, Resident will also be responsible for utilities until the earlier of (1) the end of the term, or (2) until the Premises is re-rented. Amounts due under this Addendum are deemed additional Rent, and failure to pay these amounts timely and in full constitutes a material breach of the Lease. Any amounts due under this Addendum which remain unpaid upon Resident's move-out (including utility charges that have accrued but have not been invoiced) may be deducted from the Security Deposit. If actual amounts have not been determined before Landlord provides Resident with the Security Deposit accounting, Landlord may estimate the amount due based on prior consumption until the actual numbers are available. Resident represents that all occupants that will reside in the Premises are identified in the Lease and Resident agrees to immediately notify Landlord of any change in the number of occupants.

Resident agrees to comply with Landlord's utility conservation efforts, and not to use an unreasonable amount of utilities that may be paid for by Landlord. If the Premises is sub-metered, Resident shall allow Landlord or its authorized vendor access to the Premises to install, repair, remove and read sub-meters. If the Premises is located in the City of San Diego, sub-meter billing will be in compliance with the San Diego Municipal Code. Resident agrees not to disturb, interrupt, terminate, tamper with, adjust, or disconnect any utility service a sub-metering device or system.

**4.** **Utility Billing Company and Service Charges:** Landlord uses a third-party billing company ("Utility Billing Company") to bill Resident for utilities where Landlord is the utility's customer of record. Landlord's Utility Billing Company is: Conservice, 750 S. Gateway Drive, River Heights, UT 84321; tel. no. 1-866-947-7379, Monday-Friday, 5am - 7pm PST; email: residentemail@conservice.com; www.conservice.com. Resident concerns and questions regarding utility billing may be addressed to the Utility Billing Company. Resident's monthly and final billing statements may include a monthly service

Form 14-CW-06.2025
#97382v1

Case: 25-51598   Doc# 58   Filed: 07/16/26   Entered: 07/16/26 09:26:40   Page 38 of 63

charge not to exceed $5.55, which represents the reasonable value of services provided by the Utility Billing Company (which may include, without limitation, allocating the utility costs to the responsible parties, providing billing to Resident, providing customer service to residents, processing the final billing statement, removing Resident from the system and processing off-cycle reads and/or bills). The monthly service charge is subject to change during the term of the Lease based upon the above costs. Landlord reserves the right to change the Utility Billing Company at any time, and will provide Resident with written notice of such change by first class mail to the Premises. The Utility Billing Company is not a utility provider.

**5. Utility Billing Statements:** The Utility Billing Company will provide periodic billing statements to Resident. Billing statements will be delivered electronically to Resident via email unless Resident opts out of electronic billing by contacting the Utility Billing Company at service@conservice.com or at the address set forth in paragraph 4, or by notifying Landlord. There is no additional charge to receive paper bills. Landlord will provide the Utility Billing Company with Resident's name, address and email address for billing purposes, including ebilling. Payment in full is due on the first day of the month following the date of billing, or as otherwise indicated on the statement. The amount of each billing statement is subject to applicable government rules, regulations, and guidelines, and the rules of the utility providing the service to Landlord. Utility billings may be prorated as necessary.

**6. Direct-Billed Utility Services:** Resident is not required to obtain or use cable service. For all other direct-bill utilities, Resident is responsible for ordering, arranging and contracting for these utilities, including satisfying any deposit or other requirements of the utility provider. Resident shall obtain utility service in Resident's name, effective as of the Lease Start Date, and shall maintain utility service in Resident's name for the duration of Resident's tenancy at the Premises. Resident's failure to promptly transfer or maintain any direct-billed utility service to Resident's name may, in Landlord's sole discretion, be considered a material breach of the Lease. If Landlord is billed for any direct-billed utility services or Resident fails to pay for direct-billed utility services by the Lease Start Date, Landlord may, but is not obligated to, pay for the direct-billed utility services on Resident's behalf, in which case Resident shall immediately repay Landlord for any charges incurred.

If Resident fails to become the customer of record for any required direct-billed utility service, Landlord will incur a charge in the amount of $35.00 per utility, per billing cycle, from the Utility Billing Company. **Resident is responsible for payment of the $35.00 charge for each affected utility and for each billing cycle in which Resident has not established the required account.**

**7. Billing Methods for Other Billed Utility Services:** For utilities which are Resident's responsibility, but for which Landlord is the customer of record, the following billing methods apply according to the allocation chart on page 1:

    7.1. <u>Sub-Metered Utilities</u>: Billings based on sub-meter readings will itemize the beginning and ending meter readings, the rate charged to Resident, and all categories of information that appear within the utility's standard billing format to the Landlord. Landlord may estimate Resident's utility consumption if Resident's sub-meter is broken, inaccessible, not fully operational, not completely installed, or does not transmit a meter reading, or if the Utility Billing Company has not received bills from utility providers in time to prepare Resident's invoices. Resident agrees it is reasonable to estimate charges for sub-metered utilities in these circumstances, so long as Resident is reimbursed for any excess charges if the actual utility billings ultimately show that Resident's usage or share was less than the amount of the estimated bill paid by Resident.

    7.2. <u>Formula Billing/Factored Occupancy Formula</u>: The Factored Occupancy formula compares the "factored occupancy" figure for the number of authorized occupants residing in the Premises as compared to the total "factored occupancy" figure for all authorized occupants in all units in the complex as of the first day of the month. The ratio is multiplied against the Landlord's utility costs to determine Resident's share. Factored occupancy is based on the premise that multiple people in a single unit may use less utility services than the same number of single people living in separate units. It applies a ratio to the number of occupants as follows:

> 1 person = Factored occupancy of 1.0
> 2 people = Factored occupancy of 1.6
> 3 people = Factored occupancy of 1.9
> 4 people = Factored occupancy of 2.2
> 5 people = Factored occupancy of 2.5

    7.3. <u>Formula Billing/Per Unit Formula</u>: When per unit billing is used, Landlord will charge Resident an amount calculated by dividing the utility cost by the number of occupied units. If Landlord is charged a per apartment unit amount for the utility, Landlord will charge Resident the same per unit amount. If the utility provider changes the method of charging Landlord for a utility, Landlord will charge Resident the new provider amount immediately.

**8. Water and Sewer Charges:** Any water or sewer charges assessed to Landlord may be used to calculate the amount charged to Resident. These may include, but are not limited to, water or sewer related charges, whether presented

Form 14-CW-06.2025
#97382v1

Case: 25-51598   Doc# 58   Filed: 07/16/26   Entered: 07/16/26 09:26:40   Page 39 of 63

for payment on local water purveyor bills, tax bills, or bills from other entities, related to treatment, distribution, or usage (including, but not limited to, stormwater, drainage, clean water fees, flood control, availability, standby, fire line and infrastructure charges).

The Premises are equipped with a water submeter. Resident will be billed for water separately from rent. The monthly bill for submetered water service may only include the following charges: (1) payment due for the amount of usage as measured by the submeter and charged at allowable rates in accordance with Civil Code § 1954.205(a), (2) payment of a portion of the fixed fee charged by the water purveyors for water service, (3) a fee for the Landlord's or billing agent's costs in accordance with Civil Code § 1954.205(a)(3), and (4) any late fee, with the amounts and times assessed, in accordance with Civil Code § 1954.213. A late fee of up to $7.00 may be imposed if any amount of a water service bill remains unpaid after 25 days following the date of mailing or other transmittal of the bill. If the 25th day falls on a Saturday, Sunday or holiday, the late fee shall not be imposed until the day after the first business day following the 25th day. A late fee of up to $10 may be imposed in each subsequent bill if any amount remains unpaid. The estimated monthly bill for submetered water service for dwelling units in the Community is $63.96. This estimate is based on the average indoor water use of a family of four, and all other monthly charges that will be assessed. The average family of four uses about 200 gallons per day.

Landlord will provide the location of Resident's submeter, calculations used to determine Resident's monthly bill, the date Resident's submeter was last certified and the date it is next scheduled for certification (if known) upon request. Resident shall notify Landlord of any leaks, drips, water fixtures that do not shut off properly, including, but not limited to, a toilet, or other problems with the water system, including, but not limited to, problems with water-saving devices, by contacting the Landlord at 100 Las Palmas, Irvine, CA 92602; (714) 389-4600, service.Somerset@irvinecompany.com. Upon notification, Landlord is required to investigate, and, if necessary, repair these problems within 21 days, otherwise, the water bill will be adjusted pursuant to law. If Resident believes that the submeter reading is inaccurate or the submeter is malfunctioning, the Resident shall first notify the Landlord in writing and request an investigation. If an alleged submeter malfunction is not resolved by the Landlord, Resident may contact the local county sealer and request that the submeter be tested. County sealer can be contacted at oc.agri.commissioner@ocpw.ocgov.com; telephone number (714) 955-0100.

The above is only a general overview of the laws regarding submeters. The complete law can be found at Chapter 2.5 (commencing with Section 1954.201) of Title 5 of Part 4 of Division 3 of the Civil Code, available online or at most libraries.

9. **Trash and Recycling Charges:** Trash and recycling charges include Landlord's costs (whether of employees or vendors) to collect trash/recycling bins from enclosures, sort/dispose of/compost organic waste, clean the grounds of trash and animal waste, junk/bulk-item pick up, maintain receptacles and trash/recycling bins, clean and maintain any trash/recycling chutes or compactors, compact the trash/recycling, return the bins to the enclosures, and waste auditing costs. Resident acknowledges that if charges are assessed by Landlord's collection service as a result of non-recyclable trash being improperly deposited in the recycling containers, Landlord will pass the cost through to Resident using the calculation method in paragraph 1.

10. **Modification:** Resident acknowledges that in accordance with applicable law, Landlord has the right at any time (including during the term of the Lease) to change the terms of this Addendum, including without limitation, the allocation and billing methods for any utilities. Resident is responsible for paying all bills for utility usage attributed to the Premises in accordance with the applicable change.

11. **Outages, Interruptions, or Fluctuations:** Landlord shall not be liable for any losses or damages that result from outages, interruptions, or fluctuations in utilities provided to the Premises, unless such loss or damage was the direct result of the willful conduct or negligence of Landlord or Landlord's employees. Resident hereby releases Landlord from any and all such claims arising from or relating to such outages, interruptions, or fluctuations. Resident hereby waives any and all claims for offset, rent reduction, or diminished value of the Premises due to such outages, interruptions, or fluctuations.

Landlord's receipt of rent with knowledge of Resident's failure to pay utility charges does not waive Landlord's right to enforce any covenant of this Lease.

**RESIDENT:**

HEAD OF HOUSEHOLD: BENITA HANOVER (signature) SIGNED 6/8/2026 AT 6:12PM PDT DATE: 6/8/2026

ROOMMATE 1: ____________ DATE: ____________

**LANDLORD:**

Irvine Somerset Apartments LLC
By: Irvine Management Company,
a Delaware corporation, its duly authorized agent

Form 14-CW-06.2025
#97382v1

By: _____

ROOMMATE 2: _____ DATE: _____  Name: _____

Title: _____

ROOMMATE 3: _____ DATE: _____

Form 14-CW-06.2025
#97382v1

Case: 25-51598   Doc# 58   Filed: 07/16/26   Entered: 07/16/26 09:26:40   Page 41 of 63

## ADDENDUM FOR ARBITRATION OF DISPUTES
## AND CLASS ACTION WAIVER

This Addendum ("Addendum") is attached and made a part of the lease dated 07/24/2026 ("Lease") by and between the undersigned (whether one or more, "Resident"), and Irvine Somerset Apartments LLC ("Landlord") for the premises located at 308 Marketview, Irvine, CA 92602-1690 ("Premises"). Capitalized terms in this Addendum shall have the same meaning as in the Lease.

1. <u>Arbitration of Disputes</u>. Any dispute, claim or controversy arising out of or relating to your occupancy of the Premises or any other apartment home within the Community (including the Common Areas & Amenities), this Lease, or any prior Lease that you entered into for the Premises or any other apartment home in the Community, including without limitation, the breach, enforcement, interpretation or validity of such Lease(s)("Claim" or "Claims"), shall be determined by binding arbitration in the County in which the subject Premises is located, before one neutral arbitrator. Except for the exclusions listed below or as required by law (after application of Federal Arbitration Act preemption principles), arbitration shall be the exclusive and binding remedy for any Claims between the Parties (including claims by Resident or Resident's Related Parties (as defined below) against Landlord and Landlord's Related Parties (as defined below), and claims by Landlord and Landlord's Related Parties against Resident or Resident's related Parties) and shall be used instead of any court action or jury trial, which are hereby expressly waived. Except as otherwise provided in this Addendum, and notwithstanding any other choice of law provision, the Federal Arbitration Act, 9 U.S.C. Sections I-16, including its substantive and procedural provisions, shall govern the interpretation, enforcement, and all proceedings pursuant to or arising out of the Lease and/or this Addendum, including, without limitation, any and all questions and disputes regarding arbitrability. The arbitrator shall have the exclusive authority to resolve any Claims, including any dispute relating to the interpretation, applicability, enforceability or formation of this agreement and any claim that all or any part of this agreement is unconscionable, void or voidable.

This agreement to arbitration extends to and includes Resident, Resident's Occupants, Household Members, and any others under Resident's control (collectively, "Resident's Related Parties"), as well as to Irvine Management Company ("Landlord's Related Parties"). Resident and Landlord acknowledge and agree that Resident's Related Parties and Landlord's Related Parties are third party beneficiaries of the Lease, and that it is equitable to extend the reciprocal benefits and obligations of this agreement to them.

2. <u>Exclusions</u>. Notwithstanding the foregoing, the following Claims are excluded from arbitration: (i) an unlawful detainer action; (ii) the filing of a small claims action pursuant to California Civil Code Section 1950.5; (iii) any other Claim within the jurisdiction of probate, small claims or bankruptcy court, or (iv) any other claim that as a matter of law (after application of Federal Arbitration Act preemption principles) may not be subject to a predispute agreement to arbitrate. This Addendum shall not preclude parties from seeking provisional remedies in aid of arbitration from a court of appropriate jurisdiction, and the filing of a court action to enable the recording of a notice of pending action, for order of attachment, receivership, injunction, or other provisional remedies, shall not constitute a waiver of this arbitration provision.

3. <u>Class Action Waiver</u>. This agreement requires arbitration only on an individual basis; to the maximum extent permitted by law, there will be no right or authority for any Claim or dispute to be brought, heard or arbitrated as a class, collective or representative action or any other representative basis on behalf of others ("Class Action Waiver"). Notwithstanding the foregoing, in any case in which the arbitrator determines that all or part of the Class Action Waiver is unenforceable, the portion of the Class Action Waiver that is enforceable shall be enforced in arbitration, and those class, collective or representative action claims or disputes brought on a representative basis that may not be waived must be brought in a court of competent jurisdiction and not in arbitration. If the Class Action Waiver is deemed unenforceable, Resident and Landlord agree that this agreement is otherwise silent as to any party's ability to bring a class, collective, representative action or a dispute to be brought on a representative basis on behalf of others.

4. <u>Rules and Procedures</u>. The arbitration shall be administered by Judicial Arbitration & Mediation Services (JAMS) pursuant to its Comprehensive Arbitration Rules and Procedures. A copy of these rules may be obtained by contacting JAMS by telephone at 800.352.5267 or by visiting www.jamsadr.com/. Landlord will also provide a copy upon your request.

If JAMS will not administer the arbitration, either party may apply to a court with jurisdiction where the arbitration will occur for appointment of a neutral arbitrator.

With respect to the cost of arbitration, if Resident initiates arbitration against Landlord, the only fee required to be paid by Resident is the initial filing fee, unless the initial arbitration filing fee is greater than the applicable court filing fee, in

which case Landlord will pay the difference. All other costs must be borne by Landlord including any other case management fees and all professional fees for the arbitrator's services, in accordance with the JAMS rules. If the Landlord initiates arbitration against Resident, Landlord shall pay all costs associated with the arbitration, in accordance with the JAMS rules.

The arbitrator shall be neutral and Resident shall have a reasonable opportunity to participate in choosing the arbitrator in accordance with the JAMS rules. At his or her election, Resident may retain counsel to represent him or her in arbitration, and Resident shall have the right to an in-person hearing in the County in which the subject Premises is located. The arbitrator shall give effect to the statute of limitations in determining a Claim, and shall apply California substantive law in rendering his or her decision on the merits of any Claim, including any limits on remedies that could be awarded in court. The decision or award of the arbitrator shall be final and binding upon the parties, and the arbitrator shall have the power to award any type of legal or equitable relief that would be available in a court of competent jurisdiction, including but not limited to punitive damages when such damages are available for award under the applicable statute and/or judicial authority. The arbitrator's award will consist of a written statement stating the disposition of each claim and provide a concise written statement of the essential findings on which the award is based. In his or her discretion, the arbitrator may award the prevailing party reasonable attorneys' fees and costs, subject to any limits imposed by the terms of the Lease, and unless otherwise prohibited by law. No arbitration award or decision will have any preclusive effect as to issues or claims in any dispute with anyone who is not a named party to the arbitration. Judgment on the arbitrator's award may be entered in any court having competent jurisdiction.

5. <u>Opportunity to Consult Independent Counsel</u>. Resident represents, acknowledges and agrees that Resident has had an opportunity to review this provision in its entirety and seek the advice of counsel of his or her choosing regarding this arbitration and class action waiver Addendum.

6. <u>Severability</u>. If any portion of this arbitration and class action waiver Addendum is held to be invalid, unenforceable, void, or illegal, the same shall be severable from the remainder of this Addendum and the Lease, and shall in no way affect, impair, or invalidate the remaining provisions. If any provision shall be deemed invalid due to its scope or breadth, such provision shall be deemed valid to the extent of the scope or breadth permitted by law.

**NOTICE: BY SIGNING IN THE SPACE BELOW YOU ARE AGREEING TO HAVE ANY DISPUTE ARISING OUT OF THE MATTERS INCLUDED IN THE ARBITRATION OF DISPUTES PROVISION DECIDED BY NEUTRAL ARBITRATION AS PROVIDED BY THE FEDERAL ARBITRATION ACT, INCLUDING ITS SUBSTANTIVE AND PROCEDURAL PROVISIONS, AND YOU ARE GIVING UP ANY RIGHTS YOU MIGHT POSSESS TO HAVE THE DISPUTE LITIGATED IN A COURT OR BY JURY TRIAL. IF YOU REFUSE TO SUBMIT TO ARBITRATION AFTER AGREEING TO THIS PROVISION, YOU MAY BE COMPELLED TO ARBITRATE UNDER THE AUTHORITY OF APPLICABLE LAW. YOUR AGREEMENT TO THIS ARBITRATION PROVISION IS VOLUNTARY.**

**I HAVE READ AND UNDERSTAND THE FOREGOING AND AGREE TO SUBMIT DISPUTES, AS DESCRIBED ABOVE, TO NEUTRAL ARBITRATION.**

**RESIDENT:**

NAME: _BENITA HANOVER / SIGNED 6/8/2026 AT 6:13PM PDT_   DATE: 6/8/2026

NAME: _____   DATE: _____

NAME: _____   DATE: _____

NAME: _____   DATE: _____

**LANDLORD:**

Irvine Somerset Apartments LLC
By: Irvine Management Company,
    a Delaware corporation, its duly authorized agent

By: _____

Name: _____

Title: _____

06.2025
#97430v1

# RENT CAP AND JUST CAUSE ADDENDUM

This Addendum ("Addendum") is attached and made a part of the lease dated 05/30/2026 ("Lease") by and between the undersigned (whether one or more, "Resident"), and Irvine Somerset Apartments LLC ("Landlord") for the premises located at 308 Marketview, Irvine, CA 92602-1690 ("Premises"). Capitalized terms in this Addendum shall have the same meaning as in the Lease.

1. Notice Regarding the California Tenant Protection Act of 2019 ("AB 1482"). Pursuant to California Civil Code Sections 1946.2 and 1947.12, Resident is hereby notified that the Premises are subject to AB 1482 rent caps and just cause. The following notice is required by law:

   California law limits the amount your rent can be increased. See Section 1947.12 of the Civil Code for more information. California law also provides that after all of the tenants have continuously and lawfully occupied the property for 12 months or more or at least one of the tenants has continuously and lawfully occupied the property for 24 months or more, a landlord must provide a statement of cause in any notice to terminate a tenancy. See Section 1946.2 of the Civil Code for more information.

2. Exemption for Affordable Housing Programs. If Resident participates in an affordable housing program, as defined by Civil Code Sections 1946.2 and 1947.12, then Resident's tenancy shall be governed by the terms of that program and is exempt from the rent cap and just cause requirements of AB 1481.

3. Effect of Addendum. Except as expressly modified in this Addendum, the terms of the Lease, and all addenda thereto, shall remain in full force and effect.

**RESIDENT:**

HEAD OF
HOUSEHOLD: _BENITA HANOVER_
HEAD OF HOUSEHOLD
SIGNED 6/8/2026 AT 6:13PM PDT          DATE: __6/8/2026__

ROOMMATE 1: _____     DATE: _____

ROOMMATE 2: _____     DATE: _____

ROOMMATE 3: _____     DATE: _____

**LANDLORD:**

Irvine Somerset Apartments LLC
By: Irvine Management Company,
      a Delaware corporation, its duly authorized agent

By: _____

Name: _____

Title: _____

#96762v1

# MOLD ADDENDUM

This Addendum ("Addendum") is attached and made a part of the lease dated 05/30/2026 ("Lease") by and between the undersigned (whether one or more, "Resident"), and Irvine Somerset Apartments LLC ("Landlord") for the premises located at 308 Marketview, Irvine, CA 92602-1690 ("Premises"). Capitalized terms in this Addendum shall have the same meaning as in the Lease.

1. <u>Purpose</u>: This Addendum (a) describes Resident's reporting, housekeeping and other obligations to help prevent the growth of mold in the Premises, and (b) provides information regarding the potential health risks and health impacts that may result from exposure to mold in accordance with applicable law. Breach of the practices described herein can result in the growth of mold in the Premises or the building in which the Premises are located ("Building"), which conditions could cause (a) injury to Resident or other occupants in the Premises or Building, and/or (b) damage to the Premises or Building. Failure to comply with this Addendum is a material breach of Resident's obligations under the Lease.

2. <u>Reporting Obligations</u>: At the time of move-in, Resident must inspect the Premises and note on the Move-In Inspection form the presence of any mold Resident observes. Resident must immediately report to Landlord any water intrusion, plumbing problems, failure or malfunction with the heating, ventilation, air-conditioning system, or laundry system. If Resident observes or otherwise becomes aware of the presence of visible or suspected mold, water intrusion or dampness in the Premises, including but not limited to water leakage from drains or faucets, discoloration (e.g. of walls, baseboards), dampness, musty odors in closets, loose, missing or failing grout or caulk, or other similar conditions ("Mold Condition"), Resident shall immediately report the Mold Condition to Landlord in writing. Resident shall immediately notify Landlord if Resident experiences any adverse or unusual health conditions or effects which Resident reasonably believes are related to a Mold Condition. Landlord will not be responsible for any adverse health conditions or effects in the event Resident fails to promptly report in writing the adverse health conditions or effects, or a Mold Condition, to Landlord.

3. <u>Housekeeping Obligations</u>: Resident is responsible for cleaning the Premises, maintaining appropriate climate control within the Premises (including but not limited to the humidity level), and complying with the provisions of this Addendum to help prevent the occurrence of a Mold Condition. Resident agrees to comply with the practices listed below during Resident's occupancy of the Premises.

   - Open the windows when appropriate to increase air circulation. Use air conditioning, heating and/or fans as necessary to keep air circulating throughout the Premises. Do not block or cover any of the air conditioning, heating or dryer ducts, vents, or registers. Ensure good air circulation in closets and/or use products to control moisture. Do not overfill closets or storage areas.

   - Close windows and doors when appropriate to prevent rain and other water from coming inside the Premises.

   - Clean and dust the Premises on a regular basis. Regularly vacuum, mop and clean using environmentally safe household cleaners to remove household dirt and debris that may contribute to mold growth. If a dryer is installed in the Premises, clean the lint screen regularly.

   - Periodically clean and dry the walls and floors around the sinks, bathtubs, showers, toilets, windows and patio doors using a common household disinfecting cleaner. Thoroughly dry any spills on carpets and wipe up visible moisture.

   - Wipe down and dry areas where moisture sometimes accumulates, like countertops, windows and windowsills. Periodically check for leaks, especially around windows, exterior doors, under sinks and around toilets.

   - When showering, be sure the shower door or curtain is completely closed so water does not spray the wall or puddle on the floor.

   - Use the bathroom exhaust fan or open the bathroom window when bathing or showering until all moisture has vented from the bathroom.

   - Use the exhaust fan in the kitchen when cooking or while the dishwasher is running. Allow the fan to run until all moisture has vented from the kitchen.

   - Water all indoor plants outside. Use a saucer or catch basin under any plant sitting directly on the floor. Do not maintain an excessive number of indoor plants.

4. <u>Responsibility for Damage</u>: Resident is responsible for any of the following resulting from Resident's failure to comply with the terms of this Addendum, including but not limited to Resident's failure to notify Landlord of a Mold Condition or relocate at Landlord's request: (a) damage to the Premises, Building, or Community, (b) damage to

Rev. 06.2025

property of Resident and/or other occupants of the Premises or the Community, and (c) personal injury to Resident or other occupants of the Premises or the Community.

5. <u>Repairs; Relocation; Testing</u>: Resident must fully cooperate with Landlord's mold remediation efforts. In the event Landlord reasonably determines that Resident needs to vacate the Premises in order to remediate the Mold Condition, repair the Premises, or address Resident's reported adverse health conditions or effects, Resident shall relocate, either on a temporary or permanent basis, within three (3) days of Landlord's written request. In the event Resident conducts, or hires any third party to conduct, any type of mold inspection, survey or test within the Premises or any other area of the Community, Resident shall immediately provide Landlord with a full and complete copy of any resulting report, statement or recommendation.

6. <u>Resident Acknowledgment and Agreement</u>: In accordance with applicable law, Residents must receive a booklet entitled "Information on Dampness and Mold for Renters in California" disseminated by the California Department of Public Health which is provided to you electronically via the following link: https://www.cdph.ca.gov/Programs/cls/dehl/ehl/Pages/AQS/Mold.aspx . If you prefer a printed version of the booklet, please request a copy from Landlord and it will be provided to you at no cost. Resident acknowledges and agrees it has received the booklet, which is hereby incorporated herein by this reference, and has had an opportunity to review it prior to entering into the Lease.

7. <u>Effect of Addendum</u>: Except as expressly modified in this Addendum, the terms of the Lease, and all addenda thereto, shall remain in full force and effect.

**RESIDENT:**

BENITA HANOVER
HEAD OF HOUSEHOLD

NAME: _Buil Hh_    DATE: _6/8/2026_
SIGNED 6/8/2026 AT 6:13PM PDT

NAME: _____    DATE: _____

NAME: _____    DATE: _____

NAME: _____    DATE: _____

**LANDLORD:**

Irvine Somerset Apartments LLC
By: Irvine Management Company,
    a Delaware corporation, its duly authorized agent

By: _____

Name: _____

Title: _____

Rev. 06.2025

Case: 25-51598   Doc# 58   Filed: 07/16/26   Entered: 07/16/26 09:26:40   Page 46 of 63

**EXHIBIT J:**

1. Management company tenant placement fee of $1925.00 to find renters for our condominium starting August 1st, 2026.

# Western Property Management, Inc.
## 300 State Park Drive, #1
## Aptos, CA  95003
## (831) 688-0238
www.westernpropertymanagement.net

## EXCLUSIVE AUTHORIZATION TO LEASE OR RENT

**Scott Hanover and  Benita Hanover** ("Owner") and

**Jennifer Alaniz** ("Broker") agree as follows:

1. Owner hereby appoints and grants Broker the exclusive and irrevocable right to rent, lease the property(ies) known as:

### 1132 Callas Lane #2

### Capitola, California 95010

for a beginning date of **May 15, 2026** And ending at **July 15, 2026**

2. **Compensation:**  Owner agrees to pay broker as compensation for services, irrespective of agency relationships:

<mark>**50% of one months' contracted rent**</mark>

   a. If during the listing period, or any extension Broker procures a tenant who offers to rent/lease the premises on the above amount and terms or on any amounts and terms acceptable to Owner. (Broker is entitled to compensation whether any tenancy resulting from such offer begins during or after the expiration of the listing period).

   b. If, without broker's prior consent, the premises are withdrawn from the lease/rental, are leased, rented or otherwise transferred, or made unmarketable by a voluntary act of owner during the listing period, or any extension.

Broker may retain compensation due from tenant payments collected by broker.

This agreement does not include preparing property for rental, modernization, fire or major  damage, restoration, rehabilitation, obtaining income tax, accounting, or legal advice, representation before public agencies, debt collection, and counseling.  If owner requests Broker to perform services not included in this agreement, a fee shall be agreed up on before these services are performed.

3. **Tenant Payments:** Broker is authorized to accept and hold from a prospective tenant, a deposit to be placed in broker's trust account.  Upon execution of a rental agreement/lease agreement, payment received from tenant shall be given to owner.

Case: 25-51598   Doc# 58   Filed: 07/16/26   Entered: 07/16/26 09:26:40   Page 48 of 63

4. **Ownership, Title and Authority:** Owner warrants that (i) owner is the legal owner of the property (ii) no other persons or entities have title to the property and (iii) owner has the authority to both execute this contract and lease or rent the property.

5. **Lead-Based Paint Disclosure:** The premises ☒ were ☐ were not constructed prior to 1978. If premises were construction prior to 1978 owner is required to complete a federally mandated and approved lead-based paint disclosure form and pamphlet, which shall be given to tenant prior to or upon execution of lease or rental agreement.

6. **Security and Insurace:** Broker is not responsible for loss of or damage to personal property or real property, or person, whether attributed to a showing of the premises, or otherwise. Third parties, including, but not limited to inspectors, brokers and prospective tenants, may have access to, and take videos and photographs of, the interior of the premises. Owner agrees (i) to take reasonable precautions to safeguard and protect valuables that might be accessible during showings of the premises; and (ii) to obtain insurance to protect against these risks. Broker does not maintain insurance to protect owner.

7. **Owner Representations:** Owner represents that, unless otherwise specified in writing. Owner is unaware of (i) any recorded notice of default affecting the premises; (ii) any delinquent amounts due under any loan secured by, or other obligation affecting, the premises; (iii) any bankruptcy, insolvency or similar proceeding affecting the premises (iv) any litigation, arbitration, administrative action, government investigation, or other pending or threatened action that does or may affect the premises or owner's ability to transfer it; (v) any current, pending or proposed special assessments affecting the premises. Owner shall promptly notify broker in writing if owner becomes aware of any of these items during the listing period or any extension thereof.

8. **Tax Witholding:** If owner is not a California resident or a corporation or LLC qualified to conduct business in California, owner authorizes broker to withhold and transmit to California Franchise Tax Board (FTB) 7% of the GROSS payments to owner that exceed $1,000 received by broker, unless owner completes and transmits to broker FTB form 589, nonresident reduced withholding request FTB form 588, nonresident withholding waiver, or FTB form 590, withholding exemption certificate.

9. **Broker and Owner's Duties:** Broker agrees to exercise reasonable effort and due diligence to achieve the purposes of this agreement. Unless owner gives broker written instructions to the contrary, broker is authorized to advertise and market the premises in any medium, selected by broker including the internet, and, to the extent permitted by these media, including control the dissemination of the information submitted to any medium. Owner agrees to consider offers presented by broker and to act in good faith to accomplish the lease or rental of the premises by, among other things, making the premises available for showing at reasonable times and referring to broker any inquiries of any party interested in the premises. Owner is responsible for determining at what price and terms to list and lease or rent the premises. Owner further agrees, regardless of

responsibility, to indemnify, defend and hold broker harmless from all claims, disputes, litigation, judgments and attorney's fees arising from any incorrect information supplied by owner, whether contained in any document, omitted therefrom or otherwise, or from any material faces that owner knows but fails to disclose.

10. **Equal Housing Opportunity:** The premises are offered in compliance with federal, state and local anti-discrimination laws.

11. **Attorney's Fees:** In any action, proceeding or arbitration between owner and broker regarding the obligation to pay compensation under this agreement, the prevailing owner or broker shall be entitled to reasonable attorney's fees and costs from the non-prevailing owner or broker, except as provided in 13a.

12. Additional Terms: **If desired by owner, agent may coordinate rental ready maintenance and repairs to prepare the unit for re-rental to at the additional fee to owner of $250.00. Check here ☐ if you would like to elect this additional service.**

13. **Dispute Resolution:**

   a. **Mediation:** Owner and broker agree to mediate any dispute or claim arising between them out of this agreement, or any resulting transaction before resorting to arbitration or court action. Mediation fees, if any, shall be divided equally among the parties involved. If, for any dispute or claim to which this paragraph applies, any party commences an action based on a dispute or claim to which this paragraph applies, without first attempting to resolve the matter through mediation or refuses to mediate after a request has been made, then that party shall not be entitled to recover attorney fees, even if they would otherwise be available to that party in such action.

14. **Time of essence; entire contract; changes:** Time is of the essence. All understandings between the parties are incorporated in this agreement. Its terms are intended by the parties as a final, complete and exclusive expression of their agreement with respect to its subject matter and may not be contradicted by evidence of any prior agreement or contemporaneous oral agreement. If any provision of this agreement is held to be ineffective or invalid, the remaining provisions will nevertheless be given full force and effect. Neither this agreement nor any provision in it may be extended amended, modified, altered or changed except in writing with prior 60 days' notice. This agreement and any supplement, addendum or modification, including any copy, may be signed in two or more counterparts, all of which shall constitute one and the same writing.

15. **Misc.** n/a

16. **Credit Card Disclosure:** Western Property Management, Inc, broker/owner, may use a company or a personal credit card or credit cards to make purchases for the managed properties. Property Owner is hereby made aware that the broker or corporation may earn mileage or other credits on the company or personal credit card(s).

17. **Signatures:** Facsimile or electronic signatures may serve the same force as originals.

Owner acknowledges owner has read, understands, accepts and has received a copy of the agreement.

Owner: _Scott Hanover_ Date: _5-17-26_
         Signature

Owner: _Scott Hanover_ SS/Tax ID# ▮▮▮▮▮▮▮
         Print name          (For tax reporting purposes)

Address: _PO Box 988, Capitola CA 95010_

Telephone# _831-539-3757_ Email: _hanoverfam@gmail.com_

Owner: _Benita Hanover_ Date: _5-17-26_
         Signature

Owner: _Benita Hanover_ SS/Tax ID# ▮▮▮▮▮▮▮
         Print name          (For tax reporting purposes)

Address: _PO Box 988, Capitola CA 95010_

Telephone# _831-539-3660_ Email: _hanoverfam@gmail.com_

Broker/Firm: _Western Property Management, Inc. DRE Lic # 02148376_ Date: _____

By (Agent): _____ DRE Lic #: _01469901_____

Address: _300 State Park Drive, #1, Aptos, CA 95003_ Telephone#: _(831) 688-0238_

**EXHIBIT K:**

1. Debtor Benita Hanover's employment pay stub showing how much she earns and how many total hours she has taken year to date in paid time off (32 hours).

DONALD R HARDY AGENCY
500 PLUM STREET
CAPITOLA, CA 95010

# Earnings Statement

**ADP**

Period Starting: 04/11/2026
Period Ending: 04/27/2026
Pay Date: 04/30/2026

Taxable Marital Status: Married
Exemptions/Allowances: Tax Override:
  Federal: 1   Federal:
  State: 1   State:
  Local: 0   Local:
Social Security Number: XXX-XX-8812

BENITA HANOVER
PO BOX 988
CAPITOLA, CA 95010

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 0.00 | | 3401.67 | 27213.36 |
| Vacation | 5.50 | | 0.00 | 0.00 |
| Bonus | | | 0.00 | 2120.00 |
| Commission | | | 0.00 | 1860.21 |
| **Gross Pay** | | | **$3,401.67** | **$31,193.57** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -269.53 | 2633.88 |
| Social Security | -210.90 | 1934.00 |
| Medicare | -49.33 | 452.31 |
| California State Income | -73.89 | 828.27 |
| California State DI | -44.22 | 405.52 |
| **Net Pay** | **$2,753.80** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Vacation | | |
| - Carry Over | | 22.00 |
| - Accrued Hours | 0.00 | 238.00 |
| - Taken Hours | 5.50 | 233.50 |
| - Balance | | 4.50 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX6081 | XXXXXXXXX | 2753.80 |

**Important Notes**

Basis of pay: Salaried

Your federal taxable wages this period are $3,401.67

Case: 25-51598    Doc# 58    Filed: 07/16/26    Entered: 07/16/26 09:26:40    Page 53 of 63

**Earnings Statement**



DONALD R HARDY AGENCY
500 PLUM STREET
CAPITOLA, CA 95010

Period Starting: 11/28/2025
Period Ending: 12/10/2025
Pay Date: 12/15/2025

Taxable Marital Status: Married
Exemptions/Allowances: Tax Override:
Federal: 1     Federal:
State: 1     State:
Local: 0     Local:
Social Security Number: XXX-XX-8812

BENITA HANOVER
PO BOX 988
CAPITOLA, CA 95010

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 3401.67 | 78238.41 |
| Vacation | 2.50 | 0.00 | 0.00 | 0.00 |
| Bonus | | 0.00 | 280.00 | 5108.00 |
| Misc pay | | | 0.00 | 628.00 |
| Commission | | 0.00 | 491.50 | 6353.24 |
| Gross Pay | | | $4,173.17 | $90,327.65 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -373.91 | 7921.26 |
| Social Security | -258.73 | 5600.31 |
| Medicare | -60.51 | 1309.75 |
| California State Income | -122.97 | 2491.38 |
| California State DI | -50.08 | 1083.93 |
| Net Pay | $3,306.97 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Vacation | | |
| - Carry Over | | 22.00 |
| - Accrued Hours | 0.00 | 238.00 |
| - Taken Hours | 2.50 | 156.50 |
| - Balance | | 81.50 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX6081 | XXXXXXXXX | 3306.97 |

**Important Notes**

Basis of pay: Salaried

Your federal taxable wages this period are $4,173.17

Case: 25-51598    Doc# 58    Filed: 07/16/26    Entered: 07/16/26 09:26:40    Page 54 of 63

**EXHIBIT L:**

1. Debit card receipt showing Debtors' paid $437.05 filing fee for a state court petition to expunge the mechanic's lien.

| Date | Description | | |
|---|---|---|---|
| | S356125723431306 CARD 1205 | | |
| 05/06/26 | PURCHASE AUTHORIZED ON 04/30 CAEFILE*023553364- 800-297-5377 TX S346120628878767 CARD 1205 | | $30.52 |
| 05/06/26 | PURCHASE AUTHORIZED ON 04/30 CAEFILE*023553364- 800-297-5377 CA S466120628866060 CARD 1205 | | $437.05 |

## Details

Merchant Name: **CAEFILE*023553364-0**

Merchant Address: **800-297-5377, CA, 95060**

Transaction Method: **Card # Entered by Customer/Merchant**

Category: **Movies**

Dispute this transaction | Track claims

| Date | Description | | |
|---|---|---|---|
| 05/06/26 | MOBILE DEPOSIT : REF NUMBER :115060531933 View Details | $1,441.61 | |
| 05/05/26 | PURCHASE AUTHORIZED ON 05/05 NOB HILL FOODS 615 CAPITOLA CA P306125831421623 CARD 1205 | | $24.19 |
| 05/05/26 | RECURRING PAYMENT AUTHORIZED ON 05/04 APPLE.COM/BILL 866-712-7753 CA S356124265938273 CARD 1205 View receipt | | $2.99 |
| 05/05/26 | PURCHASE AUTHORIZED ON 05/03 AMAZON RETA* BJ4H0 WWW.AMAZON.CO WA S386124165295078 CARD 1205 | | $9.29 |
| **Totals** | | **$62,174.82** | **$63,651.58** |

**EXHIBIT M:**

1. Two checks written each of $50 to Santa Cruz Sheriff's Department totaling $100.
2. Invoices from the Santa Cruz Sheriff's Department showing their six attempts to serve Mr. Schuler and the status of those 6 attempts.


| | |
|---|---|
| Check Number | 4759 |
| Date Posted | 05/08/26 |
| Check Amount | $50.00 |

5-6-26    CADL   26-04399   4759

A 2109067

exp 1/19/2030   DATE 5/6/26

Benita C. Hanover
Scott A. Hanover
PO Box 988
Capitola CA 95010

PAY TO THE ORDER OF   Santa Cruz County Sheriffs Dept.   $ 50—

Fifty  ——————— DOLLARS

WELLS FARGO BANK, N.A.
CALIFORNIA
WELLSFARGO.COM

MEMO   Keith Schuler - Serving Re

Benita Hana

05082026 10:43 AM PDT 000100012

0005644157519832883 0001 USB >091000022

05082026 10:43 AM PDT 306559620900002

For Deposit Only
U.S. Bank
Santa Cruz County Sheriff
Civil Division Trust Accou

‹ Previous    ⇄ Flip    🔍 Zoom    Next ›

* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

Check Number      4757

Date Posted      04/06/26

Check Amount      $50.00

4-2-26    CA DL A2109067   26-6421O   4757
01/19/2030

**Benita C. Hanover**
**Scott A. Hanover**
PO Box 988
Capitola CA 95010

DATE 4/2/26

PAY TO THE ORDER OF _Santa Cruz County Sheriffs Dept._ $ 50

_Fifty_ _____ DOLLARS

**WELLS FARGO BANK, N.A.**
CALIFORNIA
WELLSFARGO.COM  Keith Scheler

MEMO _Serving fee_

Benita Hanover

04062026 10:52 AM PDT 0003003216

0005644157598328830003 USB >091000022

04062026 10:52 AM PDT 306331575580016

‹ Previous    ⮂ Flip    🔍 Zoom    Next ›

\* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

| ATTORNEY (Name and Address): | SBN: | FOR COURT USE ONLY |
|---|---|---|

ATTORNEY (Name and Address):

**Scott Hanover**
**PO Box 988**
**Capitola, CA 95010**

EMAIL:

ATTORNEY FOR: **In Propria Persona**

NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:

**None**

**,,**

**, CA**

PLAINTIFF:
**Scott Hanover**

DEFENDANT:
**Stanley Keith Schuler Jr., dba Elegant Construction LLC**

COURT CASE NO:

**NONE**

## Affidavit of Unsuccessful Service

LEVYING OFFICER FILE NO:

**2026064210**

1. At the time of the service I was at least 18 years of age and not a party to this action.

2. I received the following papers on: **04/02/2026**

    f. other *(specify documents):*
        **10 Day Demand to Remove Mechanics Lien**

3. After due search, careful inquiry and diligent attempts at the dwelling house or usual place of abode and/or business, I have been unable to make personal delivery of said process on the following person(s) herein named, to wit:

        Stanley Keith Schuler Jr., dba Elegant Construction LLC
        1470 Prospect Ave
        Capitola, CA 95010

4. See attached "Declaration of Diligence," incorporated herein by reference.

7. **Person who attempted service:**

    a. Name: **Supervisor E. Ahumada-Garcia**

    b. Address: **Sheriff Civil Division, 5200 Soquel Ave., Santa Cruz, CA 95062**

    c. Telephone number: **(831) 454-7655**

    d. **The fee** for service was: **$50.00**

9. **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date:   Tuesday, April 28, 2026        by: _____

                                     Sheriff's Authorized Agent
                                     Chris Clark

Judicial Council Form POS-040

Original

(c) CountySuite Sheriff, Teleosoft, Inc.

| ATTORNEY (Name and Address): | SBN: | FOR COURT USE ONLY |
|---|---|---|
| **Scott Hanover**<br>**PO Box 988**<br>**Capitola, CA 95010**<br><br>EMAIL:<br>ATTORNEY FOR: **In Propria Persona** | | |

| NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY: |
|---|
| **None**<br>"<br>**, CA** |

| PLAINTIFF:<br>**Scott Hanover** | COURT CASE NO: |
|---|---|
| DEFENDANT:<br>**Stanley Keith Schuler Jr., dba Elegant Construction LLC** | **NONE** |
| <span style="background:yellow">**Declaration of Diligence**</span> | LEVYING OFFICER FILE NO:<br>**2026064210** |

Declaration of attempts to personally serve: **Stanley Keith Schuler Jr., dba Elegant Construction LLC**

**1. 04/27/2026 06:50 PM**

    **L. Martinez, Deputy**

Address: 1470 Prospect Ave, Capitola, CA 95010

Remark: Deputy L. Martinez, states that service was attempted upon Stanley Keith Schuler Jr., dba Elegant Construction LLC at 1470 Prospect Ave, Capitola, CA 95010, but no response. Left a contact card in mailbox.

**2. 04/20/2026 04:00 PM**

    **L. Martinez, Deputy**

Address: 1470 Prospect Ave, Capitola, CA 95010

Remark: Deputy L. Martinez, states that service was attempted upon Stanley Keith Schuler Jr., dba Elegant Construction LLC at 1470 Prospect Ave, Capitola, CA 95010, but there was no response and a contact card was left in mailbox.

**3. 04/10/2026 01:19 PM**

    Deputy:  D. Cruz, Deputy

Address: 1470 Prospect Ave, Capitola, CA 95010

Remark: Deputy D. Cruz, states that service was attempted upon Stanley Keith Schuler Jr., dba Elegant Construction LLC at 1470 Prospect Ave, Capitola, CA 95010, but not home. Left contact card with family.

| ATTORNEY (Name and Address): | SBN: | FOR COURT USE ONLY |
|---|---|---|
| **Scott & Benita Hanover**<br>**PO Box 988**<br>**Capitola, CA 95010**<br><br>EMAIL:<br>ATTORNEY FOR: **In Propria Persona** | | |

NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:

**Santa Cruz County Superior Court**
**701 Ocean Street, Room 110**
**Santa Cruz, CA 95060**

| PLAINTIFF:<br>**Scott & Benita Hanover**<br>DEFENDANT:<br>**Stanley Keith Schuler Jr.** | COURT CASE NO:<br><br>**26CV01467** |
|---|---|
| <mark>**Affidavit of Unsuccessful Service**</mark> | LEVYING OFFICER FILE NO:<br>**2026064399** |

1. At the time of the service I was at least 18 years of age and not a party to this action.

2. I received the following papers on: <mark>**05/06/2026**</mark>

    f. other *(specify documents)*:
    **Civil Case Cover Sheet (CM-010), Notice of Hearing to Expunge Mechanics Lien Under Civil Codes 8480-8488, Petition to Expunge Mechanics Lien Under Civil Codes 8480-8488**

3. After due search, careful inquiry and diligent attempts at the dwelling house or usual place of abode and/or business, I have been unable to make personal delivery of said process on the following person(s) herein named, to wit:

    **Stanley Keith Schuler Jr. dba Elegant Const., LLC**
    **1470 Prospect Ave**
    **Capitola, CA 95010**

4. See attached "Declaration of Diligence," incorporated herein by reference.

7. **Person who attempted service:**

    a. Name: **Legal Process Clerk II M. Christiansen**

    b. Address: **Sheriff Civil Division, 5200 Soquel Ave., Santa Cruz, CA 95062**

    c. Telephone number: **(831) 454-7655**

    d. **The fee** for service was: **$50.00**

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Tuesday, May 19, 2026

by: _____

Sheriff's Authorized Agent
Chris Clark

Hearing: **06/04/2026   8:30 AM in Dept/Div:**

Judicial Council Form POS-040

**Attorney/Plaintiff**

(c) CountySuite Sheriff, Teleosoft, Inc.

| ATTORNEY (Name and Address): | SBN: | | FOR COURT USE ONLY |
|---|---|---|---|
| **Scott & Benita Hanover**<br>**PO Box 988**<br>**Capitola, CA 95010**<br><br>EMAIL:<br>ATTORNEY FOR: **In Propria Persona** | | | |

NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:

**Santa Cruz County Superior Court**
**701 Ocean Street, Room 110**
**Santa Cruz, CA 95060**

| PLAINTIFF:<br>**Scott & Benita Hanover** | COURT CASE NO:<br><br>**26CV01467** |
|---|---|
| DEFENDANT:<br>**Stanley Keith Schuler Jr.** | |
| <div align="center">**Declaration of Diligence**</div> | LEVYING OFFICER FILE NO:<br>**2026064399** |

Declaration of attempts to personally serve:     Stanley Keith Schuler Jr. dba Elegant Const., LLC

1. 05/18/2026 03:50 PM
   J. Johnson, Deputy

   Address: 1470 Prospect Ave, Capitola, CA 95010

   Remark: Deputy J. Johnson, Deputy, states that service was attempted upon Stanley Keith Schuler Jr. dba Elegant Const., LLC at 1470 Prospect Ave, Capitola, CA 95010, but defendant not home.  Left contact card.

2. 05/14/2026 08:49 AM
   Deputy:  G. Fernandez, Depu

   Address: 1470 Prospect Ave, Capitola, CA 95010

   Remark: Deputy G. Fernandez, Deputy, states that service was attempted upon Stanley Keith Schuler Jr. dba Elegant Const., LLC at 1470 Prospect Ave, Capitola, CA 95010, but defendant not home and a card was left.

3. 05/12/2026 09:30 AM

   Address: 1470 Prospect Ave, Capitola, CA 95010

   Remark: Deputy J. Johnson, states that service was attempted upon Stanley Keith Schuler Jr. dba Elegant Const., LLC at 1470 Prospect Ave, Capitola, CA 95010, but not home. Left a contact card.

4. 05/08/2026 09:32 AM
   Deputy:  D. Cruz, Deputy

   Address: 1470 Prospect Ave, Capitola, CA 95010

   Remark: Deputy D. Cruz, Deputy, states that service was attempted upon Stanley Keith Schuler Jr. dba Elegant Const., LLC at 1470 Prospect Ave, Capitola, CA 95010, but no answer. Left a contact card in mailbox.

<div align="center">

**Attorney/Plaintiff**

(c) CountySuite Sheriff, Teleosoft, Inc.

</div>